UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| PATRICIA SANTORO, CHET SANTORO<br>Plaintiffs | NO.: 301CV01724 (AVC) |
| v. | |
| BRUCE STORM<br>Defendant | |

**APPEARANCE**

Please enter the appearance of Thomas R. Gerarde as attorney for the defendant, Bruce Storm, in the above-captioned matter.

DEFENDANT,
BRUCE STORM

By_____
Thomas R. Gerarde, Esquire
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114
(860) 249-1361
(860) 249-7665 (fax)
ct05640

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 10th day of December, 2003.

Norman A. Pattis, Esquire
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

_____
Thomas R. Gerarde