UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PATRICIA SANTORO and CHET SANTORO : | |
| Plaintiffs, : | |
| V. : | CIVIL NO. 3:01cv01724 (AVC) |
| BRUCE STORM : | |
| Defendant. : | DECEMBER 11, 2003 |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

The undersigned moves for leave to withdraw her appearance filed on behalf of the defendant, Bruce Storm ("Storm") in the above matter.

The undersigned has been acting as counsel for Storm, but has recently taken a position at a new firm and will no longer be representing Storm. In addition to the undersigned, Attorney Thomas R. Gerarde of the firm of Howd & Ludorf has filed his appearance on behalf of Storm.

Because Attorney Gerarde will now be acting as Storm's local counsel, the undersigned requests that her motion for leave to withdraw her appearance be granted.

HART1-1146532-1

- 2 -

Dated: Hartford, Connecticut
      December 11, 2003

                                  DEFENDANT,
                                  BRUCE STORM

                                  By _____
                                  Lisa K. Titus  (ct22077)
                                  Robinson & Cole LLP
                                  280 Trumbull Street
                                  Hartford, CT 06103-3597
                                  Tel. No.: (860) 275-8200
                                  Fax No.: (860) 275-8299
                                  E-mail: ltitus@rc.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed, first-class mail, postage prepaid, on this 11th day of December, 2003, to:

Norman A. Pattis, Esq.
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

Thomas R. Gerarde, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT  06114

and by Certified Mail, Return Receipt Requested to:

Bruce Storm
44 Oak Ridge Road
Branford, CT 06405

*Lisa K. Titus*
Lisa K. Titus