18

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

PATRICIA SANTORO and CHET SANTORO :

    Plaintiffs, :

V. :    CIVIL NO. 3:01cv01724 (AVC)

BRUCE STORM :

    Defendant. :    DECEMBER 11, 2003

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

The undersigned moves for leave to withdraw her appearance filed on behalf of the

defendant, Bruce Storm ("Storm") in the above matter.

The undersigned has been acting as counsel for Storm, but has recently taken a position at

a new firm and will no longer be representing Storm. In addition to the undersigned, Attorney

Thomas R. Gerarde of the firm of Howd & Ludorf has filed his appearance on behalf of Storm.

Because Attorney Gerarde will now be acting as Storm's local counsel, the undersigned

requests that her motion for leave to withdraw her appearance be granted.

HART1-1146532-1

December 15, 2003. GRANTED.
SO ORDERED.

Alfred V. Covello, U.S.D.J.

2003 DEC 16  A 9: 14

U S DISTRICT COURT
HARTFORD CT