UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PATRICIA SANTORO, CHET SANTORO | : | NO.: 301CV01724 (AVC) |
|     Plaintiffs | : | |
| | : | |
| v. | : | |
| | : | |
| BRUCE STORM | : | |
|     Defendant | : | DECEMBER 19, 2003 |

## **APPEARANCE**

    Please enter the appearance of Melanie A. Dillon as attorney for the defendant, Bruce Storm, in the above-captioned matter, in addition to any other attorney's from this firm.

                                                               DEFENDANT,
                                                               BRUCE STORM

                                                           By   /s/ Melanie A. Dillon
                                                              Melanie A. Dillon, Esquire
                                                              Howd & Ludorf
                                                              65 Wethersfield Avenue
                                                              Hartford, CT  06114
                                                              (860) 249-1361
                                                              (860) 249-7665 (fax)
                                                              ct24786

CERTIFICATION

      This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 19th day of December, 2003.

Norman A. Pattis, Esquire
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510


          /s/ Melanie A. Dillon
      Melanie A. Dillon