UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PATRICIA SANTORO, CHET SANTORO<br>Plaintiffs | : | NO.: 301CV01724 (AVC) |
| | : | |
| v. | : | |
| | : | |
| BRUCE STORM<br>Defendant | : | JANUARY 29, 2004 |

## MOTION FOR MODIFICATION OF SCHEDULING ORDER

Pursuant to Fed. R. Civ. P. 16(b) and L. Civ. R. 7 and 16(b), the defendant, Bruce Storm, hereby requests that the case management deadlines set forth in the Scheduling Order approved by the Court on February 3, 2003, be modified in accordance with the deadlines set forth below.

In support of this motion, the defendant represents that this case has been stayed pursuant to Court Orders on April 25, 2002, July 31, 2002, October 24, 2002, and August 20, 2003. The most recent stay was in effect until January 28, 2004. As such, the parties have been unable to complete discovery and depositions pursuant to the February 3, 2003 Scheduling Order.

Accordingly, the defendant respectfully requests that the discovery and pretrial deadlines in this case be modified as follows:

1. Party and fact witness depositions will be completed by April 1, 2004.

2. Reports of retained experts pursuant to Federal Rule of Civil Procedure 26(a)(2) will be due:

   a. From plaintiffs by March 1, 2004;
   b. From defendant by April 15, 2004.

4. Depositions of plaintiffs' experts will be completed by April 15, 2004.

5. Depositions of defendant's experts will be completed by June 1, 2004.

6. Motion for summary judgment, will be filed by June 1, 2004. Any opposition to a motion for summary judgment will be filed within thirty (30) days of the motion for summary judgment.

7. Final lists of witnesses and exhibits under Rule 26(a)(3) will be submitted 30 days following the Court's ruling on the motion for summary judgment.

8. The parties will request a pretrial conference at a time to be subsequently determined with the approval of the Court.

Pursuant to L. Civ. R. 7(b)(3), the undersigned has contacted counsel for the plaintiffs, Chet and Patricia Santoro, and has been advised that the plaintiffs have no objection to the granting of this motion.

WHEREFORE, the defendant, Bruce Storm, respectfully requests that this motion be granted, and that the case management deadlines be modified in accordance with the dates set forth herein.

       DEFENDANT,
       BRUCE STORM


       By___/s/ Melanie A. Dillon_____
       Melanie A. Dillon
       ct24786
       Howd & Ludorf
       65 Wethersfield Avenue
       Hartford, CT  06114
       (860) 249-1361

**CERTIFICATION**

      This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 29th day of January, 2004.

Norman A. Pattis, Esquire  
Williams & Pattis, LLC  
51 Elm Street, Suite 409  
New Haven, CT 06510

                                          /s/ Melanie A. Dillon  
                                          Melanie A. Dillon