UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PATRICIA SANTORO, CHET SANTORO<br>Plaintiffs | : | NO.: 301CV01724 (AVC) |
| | : | |
| v. | : | |
| | : | |
| BRUCE STORM<br>Defendant | : | JANUARY 29, 2004 |

### MOTION FOR MODIFICATION OF SCHEDULING ORDER

Pursuant to Fed. R. Civ. P. 16(b) and L. Civ. R. 7 and 16(b), the defendant, Bruce Storm, hereby requests that the case management deadlines set forth in the Scheduling Order approved by the Court on February 3, 2003, be modified in accordance with the deadlines set forth below.

3:01CV1724(AVC). February 3, 2004. The motion for modification of the scheduling order (document no. 21) is GRANTED as follows: (1) <u>All</u> discovery, including depositions of <u>all</u> witnesses, shall be completed by June 1, 2004; (2) the plaintiff shall designate all trial experts and provide opposing counsel with reports from retained experts on or before March 1, 2004, and depositions of any such experts shall be completed by April 15, 2004; (3) the defendant shall designate all trial experts and provide opposing counsel with reports from retained experts on or before April 15, 2004, and depositions of any such experts shall be completed by June 1, 2004; (4) all motions, except motions <u>in limine</u> incident to a trial, shall be filed on or before June 1, 2004; (5) the parties shall file a joint trial memorandum in accordance with the pretrial order, which order shall accompany the jury selection calendar, and be sent to the parties on July 1, 2004; and (6) the case shall be ready for trial by August 1, 2004. SO ORDERED.

*Alfred V. Covello*

Alfred V. Covello, U.S.D.J.