UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

PATRICIA SANTORO, CHET SANTORO  :
    Plaintiffs    :
                  :
v.                                :
                  :
BRUCE STORM                       :
    Defendant     :    APRIIL 13, 2004

## **APPEARANCE**

Please enter the appearance of David S. Monastesky as attorney for the defendant, Bruce Storm, in the above-captioned matter.

          DEFENDANT,
          BRUCE STORM

          By____/s/ David S. Monastersky__
          David S. Monastersky, Esquire
          Howd & Ludorf
          65 Wethersfield Avenue
          Hartford, CT  06114
          (860) 249-1361
          ct13319

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been hand-delivered to the following counsel of record this 13th day of April, 2004.

Katrina Engstrom, Esquire
Norman A. Pattis, Esquire
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

                                                  /s/ David S. Monastersky
                                              David S. Monastesky