UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PATRICIA SANTORO, CHET SANTORO | : | NO.: 301CV01724 (AVC) |
| | : | |
| v. | : | |
| | : | |
| BRUCE STORM | : | MAY 5, 2004 |

### AFFIDAVIT IN SUPPORT OF MOTION FOR SANCTIONS

I, David S. Monastersky, being duly sworn, depose and say:

1. I am over eighteen years of age;

2. I believe in the obligations of an oath;

3. I am an attorney for the defendant, Bruce Storm;

4. I have been practicing law since 1993 and I am a partner at the law firm of Howd & Ludorf in Hartford, Connecticut;

5. The statements herein are based upon personal knowledge ;

6. On February 13, 2004, the continued deposition of Chet Santoro and the deposition of Patricia Santoro were noticed for April 6, 2004;

7. On April 2, 2004, plaintiffs' counsel requested that deposition be rescheduled and I agreed on the condition that the depositions would be scheduled to go forward on either April 7, 9 or 13, 2004;

8. Plaintiffs' counsel chose April 13, 2004 as the date to proceed with the depositions and asked that the depositions take place at their office in

New Haven. I agreed to proceed with the depositions on April 13, 2004, and renoticed both the continuation of the deposition of Chet Santoro and the deposition of Patricia Santoro in New Haven;

9. On April 12, 2004, plaintiffs' counsel contacted my office to request that the depositions commence at 10:30 a.m. instead of 10:00 a.m. to accommodate the schedule of Attorney Kimberly Coleman Waisonovitz. I agreed to start the depositions at 10:30 a.m.;

10. On the morning of April 13, 2004, plaintiffs' counsel contacted my office to request that the depositions commence at 11:00 a.m. instead of 10:30 a.m. and I agreed to this request;

11. I arrived at the law offices of Williams & Pattis on April 13, 2004, ready to proceed with the depositions of the plaintiffs at 11:00 a.m.. The plaintiffs were also present and apparently ready to proceed with their depositions;

12. At approximately 11:25 a.m., Attorney Waisonovitz informed me that she had excused the plaintiffs from the properly noticed depositions because she did not have an appearance in the file.

13. In connection with my representation of the defendant, legal work is charged at a rate of $135 per hour for partners, $125 per hour for associates and $45 per hour for paralegals. This hourly fee is reasonable insofar as a litigation partner with my years of experience

charges upwards of $250.00 per hour in Hartford and New Haven. Accordingly, my fee of $135 per hour is reasonable;

14. I expended 2.5 hours of time in traveling to New Haven from Hartford and back, and in waiting at the law offices of Williams and Pattis for the depositions of the plaintiffs to commence. A copy of the bill for my time expended in relation to this matter is attached as Exhibit E;

15. I also incurred a parking fee of $8.00. A copy of the receipt is attached as Exhibit F;

16. As indicated in the bill attached as Exhibit G, the court reporter charged our firm a total fee of $109.71, which includes $75.00 for appearing at the depositions, $24.50 for the transcript and one copy and $4.00 for shipping and handling.

17. Accordingly, plaintiffs' counsel's action in excusing the plaintiffs from their depositions without reason and canceling the deposition caused my client to incur a total of $ $312.50 in attorney's fees and costs.

Dated at Hartford, Connecticut, this 5th day of May, 2004.

David S. Monastersky

STATE OF CONNECTICUT           )
                                                        ) ss:  Hartford
COUNTY OF HARTFORD             )

      Subscribed and sworn to before me this 5th day of May, 2004.

                                              Linda J. Harvey
                                              Notary Public
                                              My commission expires:  2/28/07