# HOWD & LUDORF
## ATTORNEYS AT LAW

JOHN R. LILLIENDAHL, III°
JOHN J. BOGDANSKI*
PHILIP T. NEWBURY, JR.*†
THOMAS R. GERARDE
MARK J. CLAFLIN*
CHRISTOPHER M. VOSSLER◊
WILLIAM F. CORRIGAN
DAVID S. MONASTERSKY
MICHAEL J. ROSE
COLETTE S. GLADSTONE
MELINDA A. POWELL
PAUL ERICKSON*^
DANIEL C. DeMERCHANT°
LISA K. TITUS
ALEXANDRIA L. VOCCIO◊
BEATRICE S. JORDAN
JAY T. DoNFRANCISCO
JOHN J. RADSHAW, III
DeANN K. SEYMOUR
ERIC D. EDDY
MARTHA A. SHAW*
MELANIE A. DILLON
MAGDALENA P. PARNELL*
DARREN B. TALLMAN
CHRISTOPHER J. PICARD
ADAM P. MAURIELLO

65 WETHERSFIELD AVENUE
HARTFORD, CONNECTICUT 06114-1190

(860) 249-1361
(860) 249-7665 (FAX)
www.hl-law.com

RETIRED
EDWARD S. LUDORF

*ALSO ADMITTED IN MASSACHUSETTS
†ALSO ADMITTED IN RHODE ISLAND
◊ALSO ADMITTED IN NEW YORK
°ALSO ADMITTED IN FLORIDA
^ALSO ADMITTED IN ILLINOIS

February 12, 2004

Katrina Engstrom, Esquire
Norman A. Pattis, Esquire
Williams and Pattis LLC
51 Elm Street
Suite 409
New Haven, CT 06510

Re:    Patricia Santoro v. Bruce Storm
       H&L File No.: 110-19419

Dear Attorney Engstrom:

Enclosed please find notices of deposition regarding the above-mentioned matter. If the date and times are an undue burden to you or your clients, please contact this office immediately. Otherwise, the depositions will proceed accordingly.

Very truly yours,

Melanie A. Dillon

MAD/sk
Enclosure

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| PATRICIA SANTORO, CHET SANTORO : | NO.: 301CV01724 (AVC) |
| v. : | |
| BRUCE STORM : | FEBRUARY 13, 2004 |

**NOTICE OF CONTINUATION OF DEPOSITION**

TO:   ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that at **10:00 a.m. on Tuesday, the 6th day of April, 2004**, at the law offices of Williams & Pattis, LLC, 51 Elm Street, Suite 409, New Haven CT the defendant, Bruce Storm, will continue the deposition of plaintiff **Chet Santoro**, upon oral examination pursuant to Federal Rules of Civil Procedure, before Niziankiewicz & Miller, a notary public, or before some other officer authorized by law to administer oaths.

The oral examination shall continue from day to day until completed. You are invited to attend and cross-examine.

DEFENDANT,
BRUCE STORM


By /s/ Melanie A. Dillon
Melanie A. Dillon
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT  06114
(860) 249-1361
ct24786

## CERTIFICATION

      This is to certify that a copy of the foregoing has been sent, via certified mail/return receipt requested, handling charges prepaid, to the following counsel of record and, via U.S. mail, handling charges prepaid, to the court reporter this 13th day of February, 2004.

Katrena Engstrom, Esquire
Norman A. Pattis, Esquire
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510


_____
Melanie A. Dillon