UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| PATRICIA SANTORO, CHET SANTORO : | NO.: 301CV01724 (AVC) |
| v. : | |
| BRUCE STORM : | FEBRUARY 13, 2004 |

## RENOTICE OF DEPOSITION

TO:   ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that at **12:00 p.m. on Tuesday, the 6th day of April, 2004,** at the law offices of Williams & Pattis, LLC, 51 Elm Street, Suite 409, New Haven, CT, the defendant, Bruce Storm, will take the deposition of plaintiff **Patricia Santoro,** upon oral examination pursuant to Federal Rules of Civil Procedure, before Niziankiewicz & Miller, a notary public, or before some other officer authorized by law to administer oaths.

The oral examination shall continue from day to day until completed. You are invited to attend and cross-examine.

DEFENDANT,
BRUCE STORM

By /s/ Melanie Dillon
Melanie A. Dillon
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114
(860) 249-1361
ct24786

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, via certified mail/return receipt requested, handling charges prepaid, to the following counsel of record and, via U.S. mail to the court reporter this 13th day of February, 2004.

Katrina Engstrom, Esquire
Norman A. Pattis, Esquire
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

                                                                         */s/ Melanie A. Dillon*
                                                                          Melanie A. Dillon