UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

PATRICIA SANTORO, CHET SANTORO  :      NO.:  301CV01724 (AVC)
                                :
v.                              :
                                :
BRUCE STORM                     :      APRIL 5, 2004

## <u>RENOTICE OF CONTINUATION OF DEPOSITION</u>

TO:      ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that at **10:00 a.m. on Tuesday, the 13th day of April, 2004**, at the law offices of Williams & Pattis, LLC, 51 Elm Street, Suite 409, New Haven CT the defendant, Bruce Storm, will continue the deposition of plaintiff, **Chet Santoro**, upon oral examination pursuant to Federal Rules of Civil Procedure, before Niziankiewicz & Miller, a notary public, or before some other officer authorized by law to administer oaths.

The oral examination shall continue from day to day until completed.  You are invited to attend and cross-examine.

DEFENDANT,
BRUCE STORM

By _____
Melanie A. Dillon
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT  06114
(860) 249-1361
ct24786

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, via certified mail/return receipt requested, handling charges prepaid, to the following counsel of record and, via U.S. mail, handling charges prepaid, to the court reporter this 5th day of April, 2004.

Norman A. Pattis, Esquire
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

Melanie A. Dillon

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

PATRICIA SANTORO, CHET SANTORO    :    NO.:  301CV01724 (AVC)
                                                          :
v.                                                        :
                                                          :
BRUCE STORM                                 :    APRIL 5, 2004

### RENOTICE OF DEPOSITION

TO:    ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that at **12:00 p.m. on Tuesday, the 13th day of April, 2004**, at the law offices of Williams & Pattis, LLC, 51 Elm Street, Suite 409, New Haven, CT, the defendant, Bruce Storm, will take the deposition of plaintiff **Patricia Santoro**, upon oral examination pursuant to Federal Rules of Civil Procedure, before Niziankiewicz & Miller, a notary public, or before some other officer authorized by law to administer oaths.

The oral examination shall continue from day to day until completed.  You are invited to attend and cross-examine.

DEFENDANT,
BRUCE STORM

By _____
Melanie A. Dillon
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT  06114
(860) 249-1361
ct24786

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent, via certified mail/return receipt requested, handling charges prepaid, to the following counsel of record and, via U.S. mail to the court reporter this 5th day of April, 2004.

Norman A. Pattis, Esquire
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

Melanie A. Dillon

# HOWD & LUDORF

### ATTORNEYS AT LAW

JOHN J. BOGDANSKI*
PHILIP T. NEWBURY, JR.*†
THOMAS R. GERARDE
MARK J. CLAFLIN*
CHRISTOPHER M. VOSSLER◇
WILLIAM F. CORRIGAN
DAVID S. MONASTERSKY
MICHAEL J. ROSE
COLETTE S. GLADSTONE
MELINDA A. POWELL
PAUL ERICKSON*^
DANIEL C. DeMERCHANT○
ALEXANDRIA L. VOCCIO◇
BEATRICE S. JORDAN
JAY T. DonFRANCISCO
JOHN J. RADSHAW, III◇
ERIC D. EDDY
MARTHA A. SHAW*
MELANIE A. DILLON
MAGDALENA P. PARNELL*
DARREN B. TALLMAN
CHRISTOPHER J. PICARD
ADAM P. MAURIELLO

65 WETHERSFIELD AVENUE
HARTFORD, CONNECTICUT 06114-1190

(860) 249-1361
(860) 249-7665 (FAX)
www.hl-law.com

OF COUNSEL
JOHN R. LILLIENDAHL, III○

RETIRED
EDWARD S. LUDORF

*ALSO ADMITTED IN MASSACHUSETTS
†ALSO ADMITTED IN RHODE ISLAND
◇ALSO ADMITTED IN NEW YORK
○ALSO ADMITTED IN FLORIDA
^ALSO ADMITTED IN ILLINOIS

FAX # BEING SENT TO: 528-1772

DATE:            April 5, 2004

TO:              Niziankiewicz & Miller

FROM:            Melanie Dillon

# of Pages:      ___7___   (including cover page)

Original(s) to follow in mail:   Yes __x__    No ___

ADDITIONAL MESSAGE:


If any pages are missing or are illegible, please call Shanna at (860) 249-1361 immediately.

```
                    *********************
            ***    TX REPORT    ***
                    *********************

       TRANSMISSION OK

       TX/RX NO              0578
       CONNECTION TEL               5281972
       SUBADDRESS              .
       CONNECTION ID
       ST. TIME             04/05 16:24
       USAGE T              01'15
       PGS. SENT              7
       RESULT               OK
```

# HOWD & LUDORF

## ATTORNEYS AT LAW

JOHN J. BOGDANSKI*
PHILIP T. NEWBURY, JR.*†
THOMAS R. GERARDE
MARK J. CLAFLIN*
CHRISTOPHER M. VOSSLER◊
WILLIAM F. CORRIGAN
DAVID S. MONASTERSKY
MICHAEL J. ROSE
COLETTE S. GLADSTONE
MELINDA A. POWELL
PAUL ERICKSON*^
DANIEL C. DEMERCHANT°
ALEXANDRIA L. VOCCIO◊
BEATRICE S. JORDAN
JAY T. DONFRANCISCO
JOHN J. RADSHAW, III◊
ERIC D. EDDY
MARTHA A. SHAW*
MELANIE A. DILLON
MAGDALENA P. PARNELL*
DARREN B. TALLMAN
CHRISTOPHER J. PICARD
ADAM P. MAURIELLO

65 WETHERSFIELD AVENUE
HARTFORD, CONNECTICUT 06114-1190

(860) 249-1361
(860) 249-7665 (FAX)
www.hl-law.com

OF COUNSEL
JOHN R. LILLIENDAHL, III°

RETIRED
EDWARD S. LUDORF

*ALSO ADMITTED IN MASSACHUSETTS
†ALSO ADMITTED IN RHODE ISLAND
◊ALSO ADMITTED IN NEW YORK
°ALSO ADMITTED IN FLORIDA
^ALSO ADMITTED IN ILLINOIS

FAX # BEING SENT TO: 528-1772

DATE:          April 5, 2004

TO:            Niziankiewicz & Miller

FROM:          Melanie Dillon

# of Pages:    ___7___  (including cover page)

Original(s) to follow in mail:  Yes __x__    No ___

ADDITIONAL MESSAGE: