UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

PATRICIA SANTORO, CHET SANTORO

              Plaintiffs,      CIVIL ACTION NO.
VS.                                 3:01-CV-01724 (AVC)

BRUCE STORM

              Defendant       APRIL 13, 2004

**SCHEDULED DEPOSITION OF CHET SANTORO**

**APPEARANCES:**

    <u>For the Plaintiffs</u>:

        WILLIAMS & PATTIS, LLC
        51 Elm Street, Suite 409
        New Haven, Connecticut 06510
    **BY:  KIM COLEMAN WAISONOVITZ, ESQ.**

    <u>For the Defendant</u>:

        HOWD & LUDORF
        65 Wethersfield Avenue
        Hartford, Connecticut 06114
    **BY:  DAVID MONASTERSKY, ESQ.**

**Paul Collard
Registered Diplomate Reporter**

. . . Scheduled Continued Deposition of Chet Santoro, taken on behalf of the Defendant in the hereinbeore entitled action, pursuant to the Federal Rules of Civil Procedure, before Paul Collard, RDR, duly qualified Notary Public in and for the State of Connecticut, at the offices of Williams & Pattis, LLC, 51 Elm Street, New Haven, Connecticut, commencing at 11:25 a.m. on Tuesday, April 13, 2004.

1          MR. MONASTERSKY:  It's now 11:25 and the
2  deposition for Chet Santoro in the matter of Patricia
3  Santoro and Chet Santoro vs. Bruce Storm was scheduled
4  to begin at 10:00 a.m. this morning.  It is actually a
5  continuation of the deposition of Chet Santoro which
6  was first taken on February 20, 2002, and this is a
7  continuation of that deposition.
8          Yesterday afternoon my office received a
9  telephone call from plaintiffs' counsel's office asking
10 that the deposition begin at 10:30 due to a conflict in
11 plaintiffs' counsel's schedule, which my office
12 acquiesced and we agreed to start at 10:30.
13         I understand this morning there was a phone
14 call placed to my office, I was at another appointment,
15 indicating that the deposition of Chet Santoro would
16 not start until eleven a.m., and I don't know if there
17 was any further explanation provided to that.  That's
18 fine.
19         It's now 11:25 and I've just been informed
20 by -- I'm sorry, what's your name again?  Attorney
21 Coleman?
22         MS. WAISONOVITZ:  Waisonovitz.
23         MR. MONASTERSKY:  -- Attorney Waisonovitz
24 that you have now excused Chet Santoro and Patricia
25 Santoro on the basis that you do not have an appearance

1  in this matter.
2           MS. WAISONOVITZ:  Correct.
3           MR. MONASTERSKY:  And that the attorneys that
4  do have an appearance in this matter are unavailable,
5  and that you simply could not file an appearance so we
6  could continue with the deposition and go on to the
7  deposition of Patricia Santoro today.
8           MS. WAISONOVITZ:  That's not correct.
9           MR. MONASTERSKY:  Okay.
10          MS. WAISONOVITZ:  I do not have an appearance
11 in the file, and those attorneys who do are not
12 available at this point.
13          We are available to reschedule, I checked
14 with the clients, we are available to reschedule at any
15 time during the next 30 days when I check with those
16 attorneys' files and we will continue.
17          MR. MONASTERSKY:  The problem with this case
18 is this deposition --
19          MS. WAISONOVITZ:  Well --
20          MR. MONASTERSKY:  I'm just putting this on
21 the record.
22          This deposition was scheduled previously and
23 it was moved at the request of plaintiffs' counsel, and
24 it was moved to this day, specifically a day that was
25 cleared with this office, plaintiffs' counsel's office,

1   for this day for this deposition to go forward.
2           We have a scheduling order in this case and I
3   acquiesced to moving the deposition to this day as a
4   courtesy to plaintiffs' counsel.
5           And now I'm told that the deponents were
6   downstairs, they were ready to go, and because you
7   couldn't file an appearance or somebody else that's
8   actually present in this office today could not file an
9   appearance and go forward with the deposition, you
10  excused them.  And so now we have to reschedule this
11  deposition.
12          I've already taken the time of coming down
13  here.  I have to pay the court reporter for showing up
14  today.
15          I'm putting it on the record that I'm moving
16  for my fees for today, as well as any of the court
17  reporting fees for today and, depending on if we can
18  get this thing rescheduled in the scheduling order, I
19  may move to dismiss this action.
20          My office has been nothing but courteous in
21  terms of scheduling this deposition.  We originally
22  scheduled it for my office.  They asked that it take
23  place here in New Haven.  We agreed that it can go
24  forward here in New Haven.  I have spent numerous hours
25  preparing for this deposition today and taken the time

```
1    to drive down here.  Now I've come down here for
2    nothing because you guys can't get your house in order
3    in terms of scheduling this matter.
4         I just want it on the record that I'm moving
5    for fees, costs and other possible sanctions.
6         (11:28 a.m.).
7              *           *           *
```

```
 1  STATE OF CONNECTICUT
 2  COUNTY OF NEW HAVEN
 3
 4          I, Paul Collard, a Notary Public in and for
 5  the State of Connecticut, do hereby certify that the
 6  above proceedings were reported by me stenographically
 7  and this transcript represents a true and accurate
 8  transcription of said proceedings.
 9          I further certify that I am not related to
10  the parties hereto or their counsel, and that I am not
11  in any way interested in the event of said cause.
12          Dated at North Haven, Connecticut, this 13th
13  day of April, 2004.
14
15
16
17                          _____
                                  PAUL COLLARD
18                                Notary Public
19  My Commission Expires:
    January 31, 2009
20
21
22
23
24
25
```