**Howd & Ludorf**
**Attorneys At Law**
**65 Wethersfield Avenue**
**Hartford, CT 06114-1190**
**Tax I.D. #06-1207409**
**(860) 249-1361**

May 3, 2004

Insured:       Bruce Storm
Claimant:      Patricia Santoro
D/Event:       2/28/01
H&L File No.:  110-19419


**SUMMARY**

4/14/04  D. Monastersky:

| | | |
|---|---|---:|
| 1.0 | Travel to New Haven to depose plaintiffs | $125.00 |
| 0.5 | Wait for plaintiffs' depositions to begin due to Plaintiffs' counsel's delay | $ 62.50 |
| 1.0 | Return travel to office | <u>$125.00</u> |
| **Total Amount Due:** | | **$312.50** |