**Parking Receipt**

# (P) EXPERT PARKING, LLC
PO Box 26972, West Haven, CT 06516

Date 04.13.04   Amt. $ 8.00
Location 19 Elm St.
Signature _____