

**NIZIANKIEWICZ MILLER & M**

972 TOLLAND STREET
EAST HARTFORD, CT 06108-1533
(860) 291-9191
FAX (860) 528-1972

*Daniel S. Niziankiewicz*
*Robert Miller*

*Linda Harvey*
DAVID MONASTERSKY, ESQUIRE
HOWD & LUDORF
65 WETHERSFIELD AVENUE
HARTFORD, CT 06114-1190

*249-7665*

```
DATE        04/15/2004
INVOICE         33713
CLIENT            422
REFERENCE      COLP
```

Re: PATRICIA SANTORO, CHET SANTORO - BRUCE STORM
Assignment Date: April 13, 2004

Deposition Of - CHET SANTORO

```
TRANSCRIPT ORIG. & 1                          24.50
APPEARANCE FEE                                75.00
SHIPPING & HANDLING                            4.00
                                          ==========
                        Total Amount  $      103.50
                                Tax   $        6.21
                            Total due $      109.71
```

THIS IS A REVISED BILL

WE APPRECIATE YOUR BUSINESS!
PAYMENT DUE UPON RECEIPT OF THIS INVOICE

NIZIANKIEWICZ & MILLER Reporting
Federal Tax Id#: 06-1113444