UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PAT SANTORO, ET AL, | : | CIVIL CASE NO.: |
| Plaintiffs | : | 3:01CV01724 (AVC) |
| | : | |
| V. | : | |
| | : | |
| BRUCE STORM, ET AL, | : | |
| Defendants | : | MAY 18, 2004 |

**PLAINTIFF'S MEMORANDUM IN OPPOSITION TO
DEFENDANT'S MOTION FOR SANCTIONS**

On May 5, 2004, the defendant, Bruce Storm, through counsel, moved for sanctions for improperly adjourning a plaintiffs' properly noticed deposition on April 13, 2004. As represented by the defendant's counsel in Paragraph 4, the plaintiffs unilaterally adjourned the deposition. There are additional facts the Court should consider, together with whether the affiant in support of the motion for sanctions has violated his duty of candor toward the tribunal.

As is clear from the affidavit of Kim Coleman Waisonovitz, attached hereto, the decision to cancel the deposition was not unilateral. As Paragraph 11 makes clear Mr. Monastersky refused to go forward with the deposition unless and until the attorney attending it filed an appearance. It is not the case that Ms. Waisonovitz appeared at the deposition and decided not to go forward. Rather, Mr. Monastersky, who apparently himself filed an appearance at the time of the deposition, insisted that the attorney defending it file an appearance or he would not go forward. The undersigned was out

of the building at the time this ridiculous dispute took place. The undersigned was unable to be contacted and as the attorney responsible for the file the lawyer covering the deposition was unclear about whether she should file an appearance.

It is regrettable the deposition did not go forward that day. Equally regrettable is the mis-characterization of the facts by an attorney who picked a fight, selectively created a record to present to this Court, and then had the audacity to ask to be paid for it.

          THE PLAINTIFFS

BY: _____
NORMAN A. PATTIS
Williams and Pattis, LLC
51 Elm St., Suite 409
New Haven, CT 06510
Juris No. 408681
203.562.9931
203.776.9494 (fax)
Their Attorney

**CERTIFICATION**

A copy hereof was mailed, on the above date, via first-class mail, postage prepaid, to:

David S. Monastersky, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114-1190

_____
NORMAN A. PATTIS