UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PAT SANTORO, ET AL, | : | CIVIL CASE NO.: |
| Plaintiffs | : | 3:01CV01724 (AVC) |
| | : | |
| V. | : | |
| | : | |
| BRUCE STORM, ET AL, | : | |
| Defendants | : | MAY 5, 2004 |

## AFFIDAVIT

I, Kim Coleman Waisonovitz, being duly sworn, depose and say:

1. I am over eighteen years of age;

2. I believe in the obligations of an oath;

3. I am an attorney at the law firm of Williams and Pattis, LLC, located at 51 Elm Street, Suite 409, New Haven, Connecticut, 06510;

4. I have been practicing law since 2004;

5. The statements herein are based upon personal knowledge;

6. I was assigned to attend the deposition of Chet Santoro scheduled for April 13, 2004;

7. On April 13, 2004, I was unexpectedly detained at the Middletown Superior Court in a matter that was also previously scheduled;

8. I telephoned my office to relay this information to the law firm of Howd and Ludorf;

9. Immediately upon completion of my professional responsibilities in Middletown Superior Court, I telephoned my office and informed them I was

returning to the office. The time was approximately 10:20 a.m.

10. The secretary I spoke with, Patty Affie, told me that the attorney representing the defendant, David S. Monastersky, had been extremely rude to her.

11. Patty Affie also stated to me that David Monastersky, upon learning that Katrena Engstrom was not going to be present, had demanded of Patty Affie that whichever attorney was to attend the deposition *must* file an appearance or he would not be going forward with his deposition.

12. When I arrived at my office, I was immediately told by Patty Affie, that David Monastersky had stated he would not go forward with his scheduled deposition unless I filed an appearance in the matter.

13. I excused the clients at this point.

Dated at New Haven, Connecticut, this 7th day of May, 2004.

_____
Kim Coleman Waisonovitz

STATE OF CONNECTICUT )
                                                           )    ss: New Haven
COUNTY OF HARTFORD )

Subscribed and sworn to before me this 7th day of May, 2004

_____
Leslie Arthur
Notary Public
My Commission expires: