Exhibit A

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

PATRICIA SANTORO, CHET SANTORO : NO.: 301CV01724 (AVC)
:
v. :
:
BRUCE STORM : MAY 27, 2004

### AFFIDAVIT OF DR. BRUCE STORM

The undersigned, having been duly sworn, do hereby depose and say:

1. I am over eighteen years of age;

2. I believe in the obligation of an oath;

3. I am currently employed by the Town of Branford Board of Education as the Superintendent of the Branford Public Schools;

4. I have been employed by the Town of Branford Board of Education as Superintendent since July 1, 1992;

5. In my capacity as Superintendent, I am responsible for the overall operation and management of the Branford Public Schools, which includes ensuring that members of the coaching staff are properly certified with the State Board of Education.

6. In July 1999, the State of Connecticut Department of Education adjusted the coaching credentialing process. One of the key changes in the credentialing process was the introduction of five-year renewable coaching permits;

7. During the five years that the coaching permits are effective, annual renewals of CPR and basic First Aid training are required;

8. To implement the new program, the State Department of Education provided all school districts statewide, including the Branford Public Schools, with "batch conversion forms;"

9. The batch conversion form allows coaches to shift to the five-year renewable coaching permits. In order to obtain these permits, each school district was required to submit a batch conversion form with a list of the coaches for the school district as well as photocopies of the front and back of the CPR/First Aid cards for each coach;

10. Although the changes to the coaching credentialing process became effective in July 1999, the school year did not commence until September. Accordingly, in September 1999, the Branford Athletic Directors began the process of obtaining the information from each of its coaches and completing the batch conversion form;

11. The batch conversion form for the Branford Public Schools was completed in October 1999. On October 6, 1999, I signed the form and it was forwarded to the State Department of Education;

12. The Branford Athletic Directors, John "Jake" Paluzzi and Savas Synodi, followed up by telephone to check on the status of the coaching permits and were informed that the permits would be sent to the Branford Public Schools Central Office. Based on this information, the Athletic Directors assumed that the permits would be forwarded to the Central Office and retained in the coaches personnel files;

13. Despite the submission of the batch conversion form to the State Board of Education on October 6, 1999, the coaches did not receive their five-year renewable coaching permits in the 1999-2000 school year;

14. The first time that I learned that the coaches in the Branford Public Schools had not received their five-year renewable coaching permits was during Patricia and Chet Santoro's presentation at a Branford Board of Education meeting on February 28, 2001. At that time, Patricia and Chet Santoro presented a packet of information to the Board of Education and informed the Board that the State Board of Education had not certified the coaches in the Branford Public Schools.

15. Prior to February 28, 2001, neither Patricia Santoro nor Chet Santoro contacted me to inform me that the State Board of Education had not certified the coaches in the Branford Public Schools;

16. Patricia and Chet Santoro also informed the Board of Education that some of the Branford coaches did not have proper CPR and/or Basic First Aid training based on information obtained from the American Red Cross, South Central Connecticut Chapter;

17. Following the February 28, 2001 Board of Education meeting, I visited the American Red Cross, South Central Connecticut Chapter and spoke with Guy Sunny, Executive Director and another employee of the American Red Cross;

18. I showed Mr. Sunny photographs of Kevin Finucane and asked if Mr. Finucane had recently requested information from the American Red Cross, South Central Connecticut Chapter;

19. The other employee with whom I spoke at the American Red Cross South Central Connecticut Chapter, positively identified Mr. Finucane and indicated that he had visited their office twice requesting information on behalf of the Branford Board of Education;

20. I also showed Mr. Sunny the purported "American Red Cross" document produced at the February 28, 2001 Branford Board of Education meeting and inquired with respect to the authenticity of the document;

21. Mr. Sunny indicated that the document was not an official document of the American Red Cross, South Central Connecticut Chapter and that it was not official American Red Cross letterhead;

22. On March 1, 2001, I met with Mark Winzler, Assistant Superintendent for Branford Public Schools at that time; Dr. Ed Higgins, Principal of Branford High School; Savas Synodi and Jake Paluzzi and reviewed everything in the Athletic Directors' files;

23. At the March 1, 2001 meeting, Savas Synodi produced copies of the batch conversion form containing names of the coaching staff as of September 1999 as well as the attached photocopies of the CPR and First Aid card for all of the coaches;

24. Mr. Winzler contacted Dr. Hilary Freedman at the State Department of Education to begin an extensive investigation into the whereabouts of the batch conversion form;

25. Although the coaches and Athletic Directors did not appear to have proper certification according to the records at the State Department of Education, each member of the Branford coaching staff had up to date CPR and First Aid training according to the personnel records on file with the Branford Board of Education;

26. The Branford Athletic Directors, Mr. Paluzzi and Mr. Synodi, are certified first aid and CPR instructors and they ensure that coaching staff is up to date on their first aid and CPR training;

27. As of March 21, 2001, each member of the coaching staff for the Branford Public School system was either certified or finalizing necessary paperwork with the State Department of Education to obtain proper certification;

Dated at Branford, Connecticut, this 27th day of May 2004.

*Bruce Storm*
Bruce Storm

STATE OF CONNECTICUT )
                     ) ss: Branford
COUNTY OF NEW HAVEN  )

Subscribed and sworn to before me this 27th day of May 2004.

*Rowena Statis*
Notary Public
My commission expires: 2-28-08