Exhibit B

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

PATRICIA SANTORO, CHET SANTORO  :   NO.: 301CV01724 (AVC)
:
v.                              :
:
BRUCE STORM                     :   MAY 28, 2004

### AFFIDAVIT OF MARK WINZLER

The undersigned, having been duly sworn, do hereby depose and say:

1. I am over eighteen years of age;

2. I believe in the obligation of an oath;

3. I have been employed as Director of Human Resources for Windsor Public Schools from 2001 to the present.;

4. From 1989-2000, I was employed as Principal of Edwin O. Smith High Schools, Region #19 in Storrs, Connecticut;

5. I was employed by the Town of Branford Board of Education as Assistant Superintendent from October 2000 through November 2001;

6. In my capacity as Assistant Superintendent for the Town of Branford Board of Education, I was responsible for overseeing curriculum, instruction, and personnel, including the certification of all teachers and members of the coaching staff at Branford Public Schools.

7. In July 1999, the State of Connecticut Department of Education, Bureau of Certification adjusted the coaching credentialing process. One of the key changes in the credentialing process was the introduction of five-year renewable coaching permits;

8. During the five years that the coaching permits are effective, annual renewals of CPR and renewals of basic First Aid training every three years are required;

9. To implement the new program, the State Department of Education, Bureau of Certification provided all school districts statewide with "batch conversion forms;"

10. The batch conversion form allows coaches to shift to the five-year renewable coaching permits. In order to obtain these permits, each school district was required to submit a batch conversion form with a list of the coaches for the school district as well as photocopies of the front and back of the CPR/First Aid cards for each coach;

11. The first time that I learned that the coaches in the Branford Public Schools had not received their five-year renewable coaching permits was during Patricia and Chet Santoro's presentation at a Branford Board of Education meeting on February 28, 2001. At that time, Patricia and Chet Santoro presented a packet of information to the Board of Education and informed the Board that the State Department of Education had not certified the coaches in the Branford Public Schools;

12. Prior to February 28, 2001, neither Patricia Santoro nor Chet Santoro contacted me to inform me that the State Department of Education had not certified the coaches in the Branford Public Schools;

13. Patricia and Chet Santoro also informed the Branford Board of Education that some of the Branford coaches did not have proper CPR and/or

Basic First Aid training based upon information obtained from the American Red Cross, South Central Connecticut Chapter;

14. On March 1, 2001, I met with Dr. Bruce Storm, Superintendent for Branford Public Schools; Dr. Ed Higgins, Principal of Branford High School; Savas Synodi and Jake Paluzzi and we reviewed everything in the Athletic Directors' files;

15. At the March 1, 2001 meeting, Savas Synodi produced copies of the batch conversion form containing names of the coaching staff as of September 1999 as well as the attached photocopies of the CPR and First Aid card for all of the coaches;

16. The copy of the batch conversion form was signed by Dr. Bruce Storm and dated October 6, 1999;

17. I contacted Dianne Gray at the State Department of Education, Bureau of Certification to begin an extensive investigation into the whereabouts of the batch conversion form;

18. The State Department of Education informed me that they were unable to locate the October 6, 1999 batch conversion form;

19. Based on my conversations with the State Department of Education, it is my understanding that there is not an audit process to determine which school districts have applied for and received the five-year renewable coaching permits and which schools have not;

20. Although the coaches and Athletic Directors did not appear to have proper certification according to the records at the State Department of Education, each member of the Branford coaching staff had up to date CPR and First Aid training according to the personnel records on file with the Branford Board of Education;

21. Upon learning that the State Board of Education did not have the October 6, 1999 batch conversion form, I resubmitted the batch conversion form along with photocopies of the coaches' CPR/First Aid cards to obtain the five-year renewable coaching permits for the Branford Public School coaches;

22. As of March 21, 2001, each member of the coaching staff for the Branford Public School system was either certified or finalizing necessary paperwork with the State Department of Education to obtain proper certification;

Dated at Windsor, Connecticut, this 28th day of May 2004.

_____
Mark Winzler

STATE OF CONNECTICUT    )
                        ) ss: Windsor
COUNTY OF HARTFORD      )

Subscribed and sworn to before me this 28th day of May 2004.

_____
Notary Public
My commission:
Sworn & Subscribed Before Me
Cecilia F. Greco
Notary Public
Commission Expires 6/30/04