Exhibit C

**CONNECTICUT STATE DEPARTMENT OF EDUCATION**
Bureau of Certification and Teacher Preparation
P.O. Box 150471 - Room 243
Hartford, Connecticut 06115-0471

**COACHING PERMIT CONVERSION FORM**
(Please type or print clearly)

DISTRICT: __Branford Public Schools__

| Social Security # | Last Name | First Name | Street Address | City, State, Zip |
|---|---|---|---|---|
| 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 | Adkins | Brian | 24 Millwood Drive | Branford CT 06405 |
| 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 | Axtell | Robin | PO Box 1423 | Guilford CT 06437 |
| 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 | Binkowski | Mary | 28 Doral Farm Road | No Branford CT 0647 |
| 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 | Biondi | Rich | 15 Orcutt Court | North Haven CT 0647 |
| 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 | Bonn | Len | 309 Mansfield Grove | East Haven, CT 065 |
| 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 | Callan | Mike | 28 Glendower Rd | Hamden, CT 06517 |
| 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 | Connell | Kevin | 94 Farm View Drive | Guilford CT 06437 |
| 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 | Cressman | Mark | 55 Sharon Drive | Wallingford CT 0649 |
| 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 | DelRocco | Steve | 218 Damascus Road | Branford CT 06405 |
| 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 | Gagliardi | Paul | 46 Coachman Drive | Branford CT 06405 |
| 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 | Giordano | Geoff | 805 Plymouth Colony | Branford CT 06405 |
| 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 | Golia | Eric | 1 Sunset Road West | No Branford CT 064 |
| 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 | Gordon | Russell | 13 Hamre Lane | Branford CT 06405 |
| 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 | Gravina | Gary | 26 Martleshamheath La | Madison, CT 06443 |
| 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 | Gruendel | David | 6 Whitewood Rd | Branford CT 06405 |
| 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 | Guelakis | Megan | 71 Braemar Dr | Cheshire CT 06410 |
| 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 | Jacobson | Nathan | 31 Brushy Plain Rd | Branford CT 06405 |

Please attach a photocopy of the front and back of each coach's first aid and CPR cards. The standard first aid course must have been completed within the last three years, and the CPR course must have been completed within one year. The coach must sign the "holder's signature" before photocopying.

_Bruce E. Storm_      _10.6.99_
Signature of Superintendent     Date

CONNECTICUT STATE DEPARTMENT OF EDUCATION
Bureau of Certification and Teacher Preparation
P.O. Box 150471 - Room 243
Hartford, Connecticut 06115-0471

**COACHING PERMIT CONVERSION FORM**
(Please type or print clearly)

DISTRICT: Branford Public Schools

| Social Security # | | Last Name | First Name | Street Address | City, State, Zip |
|---|---|---|---|---|---|
| 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 | S | Jenkin | Scott | 365 Mather St #26 | Hamden, CT 06514 |
| 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 | S | Johnson | Robert | Old Middletown Tpke | Northford CT 0647 |
| 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 | v | Kaczynski | Ted | 5 Helen Rd | Branford CT 06405 |
| 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 | | Kohut | Jennifer | 28 Doral Farm Rd | No Branford CT 06 |
| 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 | S | Korper | Geoffrey | 52 County Rd | Killingworth CT 0 |
| 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 | S | Lucibello | Michael | 23 Wildwood Dr | Branford CT 06405 |
| 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 | S | McGuirk | Cathy | 7 Fern Court | Brangord CT 06405 |
| 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 | S | McGuirk | John | 7 Fern Court | Branford CT 06405 |
| 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 | S | Napoli | Andrea | 100 Den Hollow Rd | Builford CT 06437 |
| 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 | S | Novak | Walter | 76 Hubbard Rd | West Haven CT 065 |
| 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 | S | O'Connor | John | 4 Sandra Dr | Branford CT 06405 |
| 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 | | McDonough | John | 20 Carlson Rd | West Haven CT 065 |
| 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 | | Palluzzi | John | 3 River Rd | Branford CT 06405 |
| 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 | S | Piasecki | Margaret | 105 Benham Hill Rd | West Haven CT 065 |
| 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 | S | Pompano | Ray | 53 Manorwood Dr | Branford CT 06405 |
| 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 | S | Province, III | Donald J | 11 Maplewood La | Madison CT 06443 |
| 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 | S | Provo | Megan | 7 Roby Court | Branford CT 06405 |

Please attach a photocopy of the front and back of each coach's first aid and CPR cards. The standard first aid and course must have been completed within the last three years, and the CPR course must have been completed within one year. The coach must sign the "holder's signature" before photocopying.

_Bruce E. Sfm_  10.6.99
Signature of Superintendent     Date

CONNECTICUT STATE DEPARTMENT OF EDUCATION
Bureau of Certification and Teacher Preparation
P.O. Box 150471 - Room 243
Hartford, Connecticut 06115-0471

**COACHING PERMIT CONVERSION FORM**
(Please type or print clearly)

DISTRICT: Branford Public Schools

| Social Security # | Last Name | First Name | Street Address | City, State, Zip |
|---|---|---|---|---|
| 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 | Rank | John | 43 Woodvale Rd | Branford CT 06405 |
| 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 | Romer | Sherri | 151 Westfield Rd | Milford CT 06460 |
| 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 | Stackpole | Edward | 23 Woodside Dr | Branford CT 06405 |
| 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 | Stacey | Jack | 82 Forbes Place | East Haven CT 06516 |
| 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 | Swirsky | Dennis | 41 Acorn Rd | Branford CT 06405 |
| 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 | Synodi | Savas | 20 Ragged Rock Rd. | Old Saybrook CT 064 |
| 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 | Thompson | Rich | 1 Squire La | Branford CT 06405 |
| 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 | Tracy | Michael | 112 Fresh Meadow Rd | Branford CT 06405 |
| 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 | Vieira | Lawrence | 84 West Rutland Rd | Milford CT 06460 |
| 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 | Walsh | James | 47 Arthur Rd | No Branford CT 0647 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Please attach a photocopy of the front and back of each coach's first aid and CPR cards. The standard first aid course must have been completed within the last three years, and the CPR course must have been completed within one year. The coach must sign the "holder's signature" before photocopying.

_Bruce E. Storm_      10.6.99
Signature of Superintendent     Date