Exhibit F

Case 3:01-cv-01724-AVC   Document 26-6   Filed 06/01/2004   Page 1 of 2

*Document #3*

12/03/2000

Patricia A. Santoro
108 Mill Plain Road
Branford, CT 06405
T 203-488-5157
W 203-303-0109

Board of Education/Human Resources
1111 Main Street
Branford, CT 06405

I am writing this letter to request documentation substantiating that Jake Palluzzi is a certified teacher.

Under the Freedom of Information Act, I am allowed to view this information.

Please contact me at your earliest convenience so we may discuss this matter.

Sincerely,

Patricia A. Santoro

cc
Catherine Jackson
Edward Struzinsky


DEFENDANT'S EXHIBIT 5