Exhibit G

**American Red Cross**

~~ary~~ 25, 2001

~~Ms.~~ Elizabeth Hernandez
American Red Cross
South Central Connecticut Chapter
703 Whitney Avenue
New Haven, CT 06510

South Central Connecticut Chapter
703 Whitney Avenue
New Haven, Connecticut 06511
(203) 787-6721

Dear Elizabeth,

I respectfully request under the Freedom of Information Act that you please verify if the following individuals are certified by the American Red Cross South Central Connecticut Chapter in Adult CPR and Basic 1st Aid:

*F.A.B.*

| Date | # | Name | Note | Date | Note |
|---|---|---|---|---|---|
| 6/15/99 | 1. | James Walsh - 47 Arthur Road, N. Branford | No Records | 6/27/00 | Adult |
| 6/15/99 | 2. | John Rank - 42 Harding Avenue, Branford | No Records | 6/27/00 | " " |
| 6/8/98 | 3. | Walter Novak - No Records | | 6/27/00 | " " |
| No Records | 4. | James G. Petela - 124 S. Montowese, Branford | No Records | | |
| 6/15/99 | 5. | Michael A. Lucibello - 23 Wildwood drive, Branford | No Records | ~~6/7/00~~ 6/15/99 | 6/00 |
| No Records | 6. | Michael A. Lucibello Jr. - 23 Wildwood Drive, Branford | No Records | 6/7/00 | |
| 6/8/98 | 7. | John J. McGuirk - 7 Fern Court, Branford | No Records | 6/7/00 | |
| 6/15/99 | 8. | Cathy McGuirk - 7 Fern Court, Branford | No Records | 6/7/00 | |
| 6/15/99 | 9. | Andrea Napoli - No Records | | 6/7/00 | |
| 5/30/95 | 10. | Jennifer "Jen" Kohut - 28 Doral Farms Road, N. Branford | Comm! 5/30/95 First Aid & Safety 12/31/01 * | | |
| No Records | 11. | Larry Veira - No Records | " " | | |
| 2/7/96 | 12. | Steven Delrocco - Damascus Road, Branford | No Records 3/7/97 exp. | | |
| No Records | 13. | Tom W. Webster 5 S. Ure Avenue, East Haven | No Records | | |
| 6/7/00 | 14. | Paul B. Freund - 7 Whitewood Drive, Branford | No Records | 6/7/00 | |
| 6/15/99 | 15. | Gary Gravina - 26 Martleshamheath Lane, Madison | No Records | 6/7/00 | |
| No Records | 16. | Frank Baron - No Records | | | |
| 6/15/99 | 17. | Theodore "Ted" Kaczynski - 5 Helen Road, Branford | No Records | 6/7/00 | |
| 6/15/99 | 18. | Mary E. Binkowski - 28 Doral Farms Road, N. Branford | No Records | 6/7/00 | |
| 3/22/00 | 19. | Jason J. Dittert - 18 Woodlawn Avenue, Branford | No Records | 3/22/00 | |
| No Records | 20. | Steven Narracci - 15 Laurel Lane, N. Branford | Comm. First Aid & Safety expired 12/98 | | |
| No Records | 21. | Jay Canth No Records | | | |
| No Records | 22. | Gary Castelot - 39 Oak Hollow Road, Branford | No Records | | |
| 6/8/98 | 23. | Geoff Korper - 52 County Road, Clinton | No Records | 6/7/00 | |
| No Records | 24. | Anthony Fontana Jr. - 40 Meadow Circle Lane, Branford | No Records | | |
| No Records | 25. | Kim Santagata - 1 Old New England Road, Branford | No Records | | |
| 6/8/98 | 26. | Sherry Romer - No Records | | 6/7/00 | |

Thank you for your help and cooperation.

Patricia Santoro
108 Mill Plain Road
Branford, CT 06405

Signed: *Patricia Santoro*

(H) 488-5157
(W) 265-0044 x 109