Exhibit H

# AMERICAN RED CROSS
## SOUTH CENTRAL CONNECTICUT CHAPTER
### 703 Whitney Avenue
### 787-6721
# NEW HAVEN

NOTE * The Town of Branford is a registered and participating member.

This list is a compilation of names of coaches current and past who are not or were not certified in Adult CPR and/or Basic First aid while acting as a coach or member of a coaching staff in the Town of Branford. Some coaches are not certified by the State of Connecticut to coach in the state. This list was compiled as of 2/15/01.

## BRANFORD COACHES/STAFF MEMBERS

1. Paul Sturgess - Assistant Basketball Coach/Volunteer - **Not certified in Adult CPR and Basic 1st Aid.**

2. George Gianacopolos - Assistant Varsity Football Coach - Certified in Adult CPR as of June 2000 but **not certified in Basic 1st Aid**

3. John Kenney - Assistant Football Coach/Freshmen - **Not certified in Adult CPR and Basic 1st Aid.**

4. Larry Veira - Head Coach of Varsity Hockey and Soccer Teams. **Not certified in CPR**. Last took a class in CPR in 6/15/99 which means **he was not certified as Head Coach of Soccer and now the Hockey Team.**

5. Steven Narracci - Walsh Intermediate School Boys Basketball Team Head Coach - **No records of Basic 1st Aid. Community 1st Aid and Safety expired 12/98.**

6. Michael Stackpole - Listed as taking CPR once in 1997 and did not take Basic 1st Aid. Which means that he was **not certified while he served as Head Coach of the Girls Basketball Team from 1997-2000 (4 seasons).**

7. Gary Castelot - Freshman Football Coach - **Not certified in CPR or Basic 1st aid.**

8. James Walsh - Completed Adult CPR on 6/7/2000 and Basic 1st Aid on 6/15/99.

9. Anthony Fontana Jr. - Assistant Swim Coach - **Last completed his CPR Training on 6/5/96 (5 years). Not certified in Basic 1st Aid.**

10. Geoff Korper - Head Coach of Wrestling Team - Certified in CPR. **Not Certified in Basic 1st Aid.**

11. Michael Lucibello - Asst. Baseball Coach - Adult CPR expired on 6/15/2000. **Not certified by the State of Connecticut Bureau of Certification and Professional Development to coach.**

12. John Rank - **Not certified by the State of Connecticut Bureau of Certification and Professional Development to coach.**

13. Jason Dittert - Does have a valid coaching permit.

14. Rich Thompson - **Not certified by the State of Connecticut Bureau of Certification and Professional Development to coach.**

15. Mike Tracey - **Not certified by the State of Connecticut Bureau of Certification and Professional Development to coach.**

16. Ted Kaczynski - Has a valid teachers certificate but **is not certified by the State of Connecticut Bureau of Certification and Professional Development to coach.**

17. Gary Gravina - Has a valid teachers certificate but **is not certified by the State of Connecticut Bureau of Certification and Professional Development to coach.**

18. Mike Lucibello Jr. - **Not certified by the State of Connecticut Bureau of Certification and Professional Development to coach.**

19. Jay Canth - **Not certified by the State of Connecticut Bureau of Certification and Professional Development to coach. No records**

at the Red Cross.

20. Jennifer Kohut - Last took her Basic First Aid Class 5/30/95 and CPR on 5/30/95. **Therefore not certified under State of Connecticut regulations.**

21. Steven Delrocco - Basic 1st Aid **expired** 2/7/99 and Adult CPR **expired** 3/7/98.


**Please understand that this is not a complete and thorough compilation. We feel that a complete list of head coaches and their staffs with copies of their Adult CPR and First Aid Basics cards should be submitted to the Board of Education immediately for a fair and impartial review to ensure that "other violations" have not occurred with coaches past and present. This will ensure that no lapses in certification occur in the future.**