Exhibit I

## NON-COMPLIANCES WITHIN BRANFORD ATHLETIC PROGRAMS

1. ATHLETIC DIRECTORS HAVE BEEN EMPOWERED TO ACT AS INTERMEDIATE SUPERVISORS. THEY HAVE NOT MET THE EDUCATIONAL CRITERIA TO ALLOW THEM THIS TYPE OF POWER.
2. AN INTERMEDIATE SUPERVISOR MUST HAVE A MASTERS DEGREE AND A SIXTH YEAR CERTIFICATE IN ADMINISTRATION.
3. THE CURRENT ATHLETIC DIRECTOR HAS A TEACHER S CERTIFICATE AND IS ONLY CERTIFIED TO TEACH GYM, GRADES 1-12.
4. HE HAS BEEN ALLOWED TO HIRE, FIRE AND EVALUATE WHICH IS RESERVED FOR INTERMEDIATE SUPERVISORS ONLY. DUE TO THIS FACT, BRANFORD BOARD OF EDUCATION IS IN VIOLATION OF CT STATE STATUTE 10-145, WHICH CARRIES WITH IT
5. A FINE OF NO LESS THAN $1000 NO MORE THAN $10,000 WHICH WILL BE LEVIED AGAINST FUTURE GRANT MONEY.
6. IN ADDITION( PLEASE SEE ENCLOSED PAPERWORK) PAPERWORK WAS SENT TO THE
7. SUPERINTENDENTS FOR THE 5 YEAR RENEWABLE COACHING CERTIFICATES FOR
8. ALL THE BRANFORD COACHES. IT WAS FORWARDED TO THE ATHLETIC DEPT FOR COMPLETION.THIS PAPERWORK WAS NEVER COMPLETED.COMPLIANCE DATE WAS TO BE JULY ,1999. WE DID A SAMPLE INQUIRY.PLEASE SEE HILLARY FREEDMAN LETTER
9. AND DISCOVERED, THE ATHLETIC DIRECTORS ARE NOT STATE CERTIFIED AS COACHES.
10. OUR FOOTBALL COACH IS NOT CERTIFIED. THIS IS IN VIOLATION OF CT ST STATUTE
11. 10-145 423D. WHICH CARRIES THE SAME FINE AS ABOVE. AT THE MOMENT, COACHES WHO HAVE BEEN IN BRANFORD BEFORE 1999 ARE NOT STATE CERTIFIED.NEW TEACHERS MAY HAVE CERTIFICATION FROM PAST EMPLOYMENT.
12. IF WE HAD A FULL TIME ATHLETIC DIRECTOR IN THIS POSITION WITH THE PROPER
13. SKILLS. THIS PROBABLY WOULD NOT HAVE HAPPENED. THIS HAS PUT BRANFORD
14. IN A VERY PRECARIOUS POSITION. IF A STUDENT ATHLETE WAS/IS INJURED DURING AN ATHLETIC ACTIVITY AND NON-CERTIFIED PERSONNEL ATTENDED TO HIM, LAWSUITS COULD BE FILED WHICH WOULD HOLD THE TOWN OF BRANFORD 100%
15. LIABLE
16. PLEASE SEE LIST OF COACHES CPR FIRST AID. MOST OF THEM ARE NOT UP TO DATE
17. WHICH OPENS THE DOOR FOR MORE LIABILITY BY THE TOWN.
18. I HAVE A FEELING MOST COACHES ARE NOT AWARE THAT THEY DO NOT HAVE STATE CERTIFICATION.