Exhibit J

Case 3:01-cv-01724-AVC    Document 26-10    Filed 06/01/2004    Page 1 of 9

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PATRICIA SANTORO, CHET SANTORO | : | NO.: 301CV01724 (AVC) |
| v. | : | |
| BRUCE STORM | : | JUNE 1, 2004 |

### AFFIDAVIT

I, Lori Shelto, being duly sworn, depose and say:

1. That I am over eighteen years of age;

2. That I believe in the obligations of an oath;

3. That I am a litigation assistant with the firm of Howd & Ludorf, 65 Wethersfield Avenue, Hartford, Connecticut 06114-1190;

4. That I have transcribed a portion of the videotape entitled "Presentation to Branford Board; Chet & Pat Santoro; 2/28/01" and attach a true and correct copy of said transcription hereto.

_____
Lori Shelto

STATE OF CONNECTICUT    )
                        ) ss: Hartford
COUNTY OF HARTFORD      )

Subscribed and sworn to before me this 1st of June, 2004.

_____
Commissioner of the Superior Court

**PATRICIA SANTORO AND CHET SANTORO V. BRUCE STORM**
(110-19419)

### Videotape Entitled "Presentation to Branford Board -- Chet & Pat Santoro -- 2/28/01"

| | |
|---|---|
| C. Jackson: | Now is the time for the audience of citizens. It looks like we have citizens who would like to speak, because ah, this is the time that to address any of your concerns to the Board whether or not they are on the agenda later. Okay you, were first, could you please state your name when you ah stand up? |
| P. Santoro: | Pat Santoro and I live at 108 Mill Plain Road. And I'm going to ask my husband to pass some folders out so you can follow me as I speak. The topic will be non-compliance within the Branford Athletic Program. Currently our athletic directors have been empowered to act as intermediate supervisors. They have not met the educational criteria to allow them this type of power. Initially these supervisors must have a master's degree and a 6 year certificate for the administration. The current Athletic Director has a teacher's certificate and is only certified to teach gyn grades 1 through 12. He has been allowed to hire, fire, evaluate, ____ for intermediate supervisors only. Due to this fact, Branford is now in violation of Connecticut State Statute 10-145 which carries with it a fine of no less than $1,000 and no more than $10,000, which could be levied against future grant money. In addition, paperwork was sent to the superintendent's office for the 5 year renewable coach's certificates for all available coaches. It was forwarded to the athletic department for completion. The paperwork was never completed. The compliance date was to be July 1999 and we did a sample inquiry, please see Hilary Freedman's letter and discovered the athletic directors are not state certified as coaches. Our football coach is not certified. This is in violation |

|  |  |
|---|---|
|  | of state statute 10-145 which carries the same fine as the ____. At the moment, coaches ____ in Branford before 1999 are not state certified. New teachers may have certifications that would pass employment. If we had a full-time athletic director in this position with the proper skills, this probably would not have had happened. This has put Branford in a very precarious position. If a student athlete was or is injured during an athletic activity, and non-certified personnel attended to him, lawsuits could be filed which would hold the whole Town of Branford 100% liable. I have a feeling that most coaches are not aware of that they do not have a state certification. We've been in touch with the state's Connecticut Certification Board and their legal department have to report back to them tomorrow. |
| J. Prins: | Madame Chair, could I um |
| P. Santoro: | on the results of |
| J. Prins: | Excuse me maam, if you don't mind for a second. |
| P. Santoro: | Sure. |
| J. Prins: | I'd like to ask um, I feel very uncomfortable about this and I think this is not necessarily, I appreciate your coming forward and um presenting information. Audience assistance, in my view, is intended to be a time where you present the Board for the first time with documentation about an issue um and I guess my only question to you would be if, is um, have you offered the administration an opportunity to look at this information and pursue whatever answers ah need to be pursued. |
| P. Santoro: | No. It's been going on for 8 years. |
| J. Prins: | Because...Okay. It really is the purview of the administration to deal with this and um, |

2

| | |
|---|---|
| C. Jackson: | I, I'm sorry John. The feeling is ___ ___, can I ask you for an opinion? Is the Board out of, is the Board member out of order in this? |
| MBM: | Yes. I'm sorry John you are. |
| C. Jackson: | Okay. |
| MBM: | The audience of citizens is to listen to what the audience has to say. On the other hand there is a time limit. |
| C. Jackson: | Right. |
| MBM: | In terms of how, of how much time they can take to deliver their message. |
| P. Santoro: | What is it? |
| C. Jackson: | We didn't set the ti, time limit in advance of your speaking, but if you wouldn't mind, I think it's very important that you say what you came here to say and that, that you understand that we'll look into it as much as we can. We're not going to act on it tonight. We're not going to respond to it tonight. |
| P. Santoro: | I think what we are all afraid of is that you have sports activities going on all week and you have uncertified coaches coaching the children. |
| C. Jackson: | And you said this has been going on for 8 years and we need to, we need to look into it. We don't want anything unsafe but we also trust our administration so we need to look into it further with them. |
| P. Santoro: | And will there be a time limit set on how long it will take you to look into it? |
| C. Jackson: | Dr. Storm: |
| Dr. Storm: | No. |

3

| | |
|---|---|
| C. Jackson: | No. As soon as possible. |
| P. Santoro: | Why not? |
| C. Jackson: | As soon as possible. |
| Dr. Storm: | Because we're on the budget process right now. |
| C. Jackson: | Do you want to finish your remarks? Do you, do you have things to read? |
| P. Santoro: | No. |
| C. Jackson: | Okay. |
| J. Prins: | Thank you. |
| C. Jackson: | Thank you very much. |
| P. Santoro: | You're welcome. |
| C. Jackson: | And we have a packet here. Obviously you passed it out? We'll look into that and we'll I'll call you back and let you know what our time line will be after we discuss it at the Board. |
| Female Board Member: | I couldn't hear her name? |
| C. Jackson: | Santoro, right here. |
| P. Santoro: | I do have to report. |
| Female Board Member | Oh, she's the person on the |
| C. Jackson: | I'm sorry? |
| P. Santoro: | I do have to report back to the state on a resolution. |
| C. Jackson: | We will look into it as fast as we can. Dan, do you have something? |

4

| | |
|---|---|
| Dan: | I'm not sure it's proper for me to ask it, ask it before the other people in the audience have their, have a chance to speak, ah, I'm not sure who else is going to speak. Why don't I say what I wanted to say. |
| C. Jackson: | Is it about this topic? And addressed to the administration? |
| Dan: | It is, it is about the topic. |
| Male Board Member: | Excuse me, Dan, just as a point of order, the audience of citizens has the right to speak. |
| C. Jackson: | First. |
| Male Board Member: | First, and uninterrupted. |
| Dan: | You're right. |
| C. Jackson: | Thank you. Mr. Santoro, would you please stand up and tell us. |
| C. Santoro: | Um, the only problem here is that we have, we are breaking a couple laws here. Besides the fact the J.V.s aren't certified. We have coaches that aren't certified and we have people that ____ CPR or first aide out there coaching my kid. Another law we are breaking here is that if anything happened to anybody, we can get sued. This has to be addressed right now. We can't have coaches out there ____. We've got this guy in ____ ____ he doesn't find out ____ ____ forfeiting games here. This should have been done a long time ago. If the administration had did their job, this wouldn't, we wouldn't be here right now. And we're here making you do your job again. Soccer got ____ again, and Mr. Veveras was even a certified coach, so he wouldn't have to go through 6 months of hell. For an uncertified coach, uncertified, he hasn't had CPR in 2 years, he has no ____ permit and ____ soccer ____ help. And so |

5

|||
|---|---|
| | you wonder why people don't come forward because now with the run around you get, you can't have uncertified coaches, you can't have people out there breaking the law and get away with it. And if the superintendent and the principal done their job we wouldn't be today, that's as simple as that is. |
| C. Jackson: | Okay. |
| C. Santoro: | And you can't get anybody to go on. |
| C. Jackson: | Thank you. That, that is your point of view. We have to look into it. We don't know, I mean, this is the first I've heard of it. So, |
| C. Santoro: | Well, the problem is you can't go to anybody here because every time you go to \_\_\_, you can't go to the superintendent or principal and the AD and then you don't get anywhere. Because they're in it together. So, the problem is you have to come here and make it this way. If we're playing a game tomorrow night, we got an uncertified coach out there, ah you're looking for a problem. That's all I'm saying, address this immediately. Don't let it go on. You've got to deal with this problem now. There's one AD who doesn't coach like every other town does. And we wouldn't be having these problems we have. You can't have a coach to be an AD too, it just does not work. |
| C. Jackson: | Okay. Okay. Thank you. I understand your point here and we will look into it. Are there other comments from the audience of citizens? Yes, Mr. Finucane. |
| K. Finucane: | I came down. |
| C. Jackson: | Mr. finucane, will you say who you are? |
| K. Finucane: | Kevin Finucane, 35 \_\_\_ Drive, Branford, CT. Madam Chair and members of Board. I came down here tonight to give a status report on the girls' softball um, which is in good shape by the |

6

                    way. but in hearing this, um, there's a simple way of addressing this, I believe, okay, and that is, for me, and I don't approve of some of the business the process for what I had to go through to become certified and that is you had to pass the adult CPR and you have, the CPR course and you have to pass ah the ah basic first aide course. You have to be fingerprinted down at the town, ah the police, the police department, and ah, you ah you need to have it recorded in the town and then it has to be recorded in the town and then it has to be recorded at the state level. Now, ah, a very simple investigation to clarify this would be to have a, your coaches, um I don't have mine on me, I don't have my wallet with me but I would be able to show you my, my first aide, my adult day care ah certification. I'm just putting the cards on the table so to speak. but, I mean, this is ah, this is a, if, if what they're saying is accurate, it's very serious, this is something they will get you immediately so as not to compromise the town, if in fact there are coaches out there that are not certified. And ah you, you are getting into a legal, you know area that's and I'm not an attorney, and I know you aren't Catherine, but the bottom line is you might want to talk to the Town Attorney, get advice on this and move as quickly as you can because, do we have a game tonight? Does anybody know the schedule is in Branford? Okay, there's a hockey game to, okay I don't know what the status is with Mr. Veyeras, but they were saying Mr. Veyeras is not certified, you now have an uncertified coach, are we in a tournament yet? Are we, it's a regular season.

[Several people talking at once]

C. Jackson:        Okay. Thank you, thank you. Kevin, did you want to talk about the girls' softball also?

K. Finucane:       You know, that's all I had to say about that. but I mean, you're liable if anything happens.