Exhibit K




# STATE OF CONNECTICUT
### DEPARTMENT OF EDUCATION

January 22, 2001

*Document #6*

Patricia Santoro
108 Mill Plain Road
Branford, CT 06405

Dear Ms. Santoro:

I am writing in response to your correspondence requesting information regarding the coaching status of the following individuals:

- Leonard Bonn
- Russell Gordon
- George Gianacopolis
- John Kenney
- Michael Lucibello
- John Palluzzi
- Savis Synodi
- Paul Sturgess
- Michael Lucibello, Jr.

The following individuals do not hold coaching permits in the state of Connecticut:

*Football coach*
- Leonard Bonn
- Russell Gordon
- George Gianacopolis
- John Kenney
- John Palluzzi
- Savis Synodi
- Paul Sturgess

Since our database has more than one Michael Lucibello, we need a middle initial to be able to answer your inquiry.

Sincerely,

Hilary E. Freedman, Ph.D.
Chief
Bureau of Certification
and Professional Development

**DEFENDANT'S EXHIBIT 9** cm 2/20/02