Exhibit L

*Falsified document*

# American Red Cross Course Record Addendum

Page 2 of 2

This form MUST be completed with the Course Record (Form 6418R)

**COURSE NAME AND CODE:** Standard First Aid Progression
**NAME OF INSTRUCTOR:** Savas S. Synodi
**NAME OF CO-INSTRUCTOR:** John D. Palluzzi
**DATE COURSE BEGAN:** 6-06-00   **DATE COURSE ENDED:** 6-07-00

## FOR DISASTER COURSES ONLY
SPONSORING RED CROSS UNIT:
CITY AND STATE WHERE COURSE WAS HELD:
SIGNATURE OF INSTRUCTOR:
SIGNATURE OF CO-INSTRUCTOR:

| COMPONENTS | NAME (Last, First) | MAILING ADDRESS (Street / City, State, Zip) | PHONE | INSTRUCTOR COMMENTS | DSHR | CERTS TO ISSUE (UNIT USE) |
|---|---|---|---|---|---|---|
| ENROLLED / GRADE | Giannacopolos, George | 36 Hickory Lane, Branford, CT | (203) 488-5065 | | | |
| ENROLLED / GRADE | [signature] | | ( ) | | | |
| ENROLLED / GRADE | [signature] | | ( ) | | | |
| ENROLLED / GRADE | | | ( ) | | | |
| ENROLLED / GRADE | | | ( ) | | | |
| ENROLLED / GRADE | | | ( ) | | | |
| ENROLLED / GRADE | | | ( ) | | | |
| ENROLLED / GRADE | | | ( ) | | | |
| ENROLLED / GRADE | | | ( ) | | | |
| ENROLLED / GRADE | | | ( ) | | | |
| ENROLLED / GRADE | | | ( ) | | | |

**TOTAL ENROLLED:** 1
**TOTAL PASSED:** 1

SPONSORING RED CROSS UNIT'S RECORD

For information on component codes and which certificate(s) each participant receives, please contact your local unit or refer to the course component chart.

# American Red Cross

(SEE INSTRUCTIONS ON BACK OF THIS FORM.)

**COURSE RECORD**
PAGE 1 OF 2 PAGES

INSTRUCTOR: Synodi (last name), Savas (first), S. (middle)
ADDRESS: 20 Ragged Rock Rd (street)
Old Saybrook (city), CT (state), 06475 (zip)
PHONE NUMBER: (860) 388-1433    If new address or phone number, please check. ☐
UNIT OF AUTHORIZATION: New Haven (name of chapter/station/national sector unit)
ADDRESS: New Haven (city), CT (state), (zip)
PLEASE CHECK: ☑ Unit Volunteer Staff   ☐ Unit Paid Staff   ☐ Third Party

CO-INSTRUCTOR: Palluzzi (last name), John (first), D (middle)
ADDRESS: 3 River Rd (street)
Branford (city), CT (state), (zip)

SPONSORING RED CROSS UNIT: New Haven
SITE WHERE COURSE WAS CONDUCTED: Branford High School
185 East Main St (street)
Branford (city), CT (state), 06475 (zip)

COURSE INFORMATION (includes modules or education session)
COURSE NAME: Standard First Aid progress
COURSE CODE: 3207P
DATE COURSE BEGAN: 6/06/00
DATE COURSE ENDED: 6/07/00
LENGTH OF COURSE (in hours): 4 hrs

TOTAL NUMBER ENROLLED: 1