**Exhibit M**

# BRANFORD PUBLIC SCHOOLS

*1111 Main Street • Branford, Connecticut • 06405-3717*

BRUCE E. STORM, Ed.D.
*Superintendent of Schools*

PAUL SMOTAS, Ph.D.
*Assistant Superintendent*

Document #8

TO:      Jake Palluzzi/Savas Synodi, Athletic Directors

FROM:    Rowena Gatta, Personnel Assistant

DATE:    March 8, 1999

RE:      Coaching Permits

I have enclosed a letter that was received in the Superintendent's office on March 1, 1999.
I believe you have received a copy also. I am enclosing copies of the Coaching
Conversion Form which you did not receive with your copy of the letter. Please follow
the instructions given concerning the photocopying needed of our coaches first aid and
CPR wallet cards along with the coach's personal information.

This should be completed as soon as possible and returned to me so that I may send this
information out to the State Department. Keep a copy for your files. Your department is
responsible for making sure that the coaches are completing their 15 clock hours of
continuing education during the five year period on the permit.

c:    Dr. Bruce Storm
      Dr. Paul Smotas

*( This form was never sent in to the State )*

TELEPHONE:  (203) 488-7276 — FAX:  (203) 315-3505

# STATE OF CONNECTICUT
## *DEPARTMENT OF EDUCATION*



February 16, 1999

MAR – 1 1999

Dear Superintendent:

As you may be aware, the regulations which govern the issuance of coaching permits were amended effective August 6, 1998. Any coaching permit issued prior to July 1, 1999, shall expire on June 30, 1999. In addition, on and after July 1, 1999, all individuals, *including certified staff members,* who work as coaches, must hold a valid coaching permit. These new coaching permits will be valid for a five year period. During the five years of the permit, each coach must complete 15 clock hours of continuing education which provide information on safe and healthful coaching practices and understanding child and adolescent development.

As a result of the changes in the certification regulations, it will be necessary for all holders of "permanent coaching permits," and all certified staff members who serve as coaches, to receive new five year renewable coaching permits. In order to issue the five year renewable coaching permit to holders of the "permanent coaching permit" and certified staff, we need a photocopy of the front and back of each individual's first aid and CPR wallet cards. The standard first aid card must indicate that the course was completed within the last three years, and the CPR card must indicate that the course was completed within one year. In addition, please make sure that the individual has signed the back of the first aid and CPR cards prior to photocopying. In the interest of simplifying this process, we are requesting that your district submit the necessary information to our office in batch form.

Please submit the following information to this office:
1. The enclosed form which contains the names, addresses, and social security numbers of all individuals who coach in your district under a "permanent coaching permit" or valid teaching certificate.
2. Photocopies of the front and back of each coach's first aid and CPR wallet card. The "holder's signature" must be signed prior to photocopying, and the courses must have been completed within the required time frame.

Upon receipt of the above information, our office will issue five year renewable coaching permits to the individuals. The effective dates of these permits will be August 1, 1999, through July 31, 2004. We will mail these permits to the individual coaches. Or, if you would prefer, we can mail the coaching permits, in a batch, to your district. Please indicate your preference when you mail in your conversion forms. If you do not indicate a preference, the coaching permits will be mailed to the individual coaches.

If you hire an individual to serve as a coach in your district, after this conversion has taken place, you will need to have the individual submit an application and appropriate verification. It will be your responsibility to ensure that all coaches hold valid five year renewable coaching permits.

If you have any questions regarding this information, please do not hesitate to contact Lauren Goldstein Tafrate at 860-566-4069.

Sincerely,

Abigail L. Hughes

Abigail L. Hughes, Chief
Bureau of Certification and Teacher Preparation

pc:             Athletic Director
enclosures:     Coaching Conversion Form
ALH:lgt

Box 2219  •  Hartford, Connecticut  06145
*An Equal Opportunity Employer*

CONNECTICUT STATE DEPARTMENT OF EDUCATION
Bureau of Certification and Teacher Preparation
P.O. Box 150471 - Room 243
Hartford, Connecticut 06115-0471

**COACHING PERMIT CONVERSION FORM**
(Please type or print clearly)

DISTRICT: _____

| Social Security # | Last Name | First Name | Street Address | City, State, Zip |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Please attach a photocopy of the front and back of each coach's first aid and CPR cards. The standard first aid course must have been completed within the last three years, and the CPR course must have been completed within one year. The coach must sign the "holder's signature" before photocopying.

_____        _____
Signature of Superintendent                Date