Exhibit N



# SOUND
### CONNECTICUT

*Now Carrying Weekly Flyer for Caron's Corner!*

Document #18

## Beach-In March?





PHOTOS BY DAN CELENTANO

## Investigation Continues Into Coaches Certification

**By Robyn Collins**
*Sound Associate Editor*

The Board of Education had a surprise visit at its meeting on Feb. 28 from two parents who came armed with "proof" that the high school athletic program was operating with uncertified coaches.

School officials, however, refuted the charges while saying they were planning to investigate the matter further.

Patricia Santoro and her husband, Chet, both of Mill Plain Road, addressed the board saying the Athletic Directors of Branford High School, Jake Palluzzi and Savis Synodi, were not certified to coach, nor were they certified in CPR. She added that the two directors were acting as intermediate supervisors without the necessary Masters degree and a sixth year certificate in administration. They also produced a document from the Red Cross saying that the men were not certified.

Patricia Santoro said she had contacted the State of Connecticut Department of Education Bureau of Certification and Professional Development for a list of individuals not holding coaching permits in the state. Among them were (according to a letter from Hilary Freedman,

## Levy–A.K.A. "Papa Doc"



PHOTO BY ROBYN COLLINS

physician, attending virtually every game played between the years of 1974 and 1992.

"I was part of the team," says Harold. "I was on the field, in the locker rooms, and many of the athletes were patients of mine then."

After all of the help that he donated to Branford High, he was inducted into the Branford Sports Hall of Fame in 1994.

A letter from Principal Dr. Edmund Higgins is one that Harold is particularly proud of.

"There is no way that we will ever be able to adequately express to you how much we appreciate all that you have done for our school and, more importantly, for the students...For you, when we were in need, there was never a 'Sorry, I'm busy,' or 'Sorry, it's my day off.' You were always there. Always willing to help. Always thinking first of the other person's needs."

This is the one trait that Harold wishes more doctors could continue with. In fact, he believes that he is one of the only general practicioners still in Branford.

"There are specialists for every-

See **DR. HAROLD** page 5.

di, as well as coaching volunteers George Gianacopolis, Paul Sturgess, and John Kenney.

The couple warned the board that in the event of an injury to an athlete under the supervision of these non-certified coaches the town could be held 100 percent liable.

"We're breaking a couple of laws here," said Chet Santoro. "This has to be addressed right now."

The Board of Education questioned the Santoro's approach to the situation.

"They did not follow the normal procedures for concerns," said Catherine Jackson, chair of the Board of Education, the next day. "Normally, a person would say something to the athletic directors or to the superintendent first. Dr. Storm (Superintendent of Schools) has been looking into it, and I've gotten several calls about what [Santoros] motivation is. We are concerned about the safety of our athletes, and we will make sure everyone is certified."

Storm said the Red Cross document that the Santoros had produced was not an official document.

"This was a manufactured document," said Storm. "The Red Cross can't identify it, and someone represented themselves as a Board of Education member. The people there should have checked that before giving out the information, but they didn't. Their database is not flawless for keeping records of all

See **INVESTIGATION** page 2.

## INSIDE

**Spotlight on the Arts**
Larry Todd Todesco of Guilford comes from an era of music that sadly, is past its heyday— the big band sound.
**Page 10**

**Renee Rhodes**
Bronze sculptures by Renee Rhodes will be featured at the upcoming Green Art Gallery & New England Sculptors' Guild Show.
**Page 13**

## INDEX

| | |
|---|---|
| Classifieds | C2-C5 |
| Comics | C6 |
| Crossword | C6 |
| Fishing Report | 11 |
| Kitchen Witch | 9 |
| Movies | 14 |
| Opinion Page | 4 |
| Shore Living | 13 |

publishing.com

The Sound



## Captain Morgan's Fishing Report

Figuring out a new or better way to fish for those Long Island Sound behemoths, otherwise known as Linesiders or Stripers, stirs the gray matter. Probably the best way to learn is through experience, another fisherman, or experimentation.

A few years back, while on a fish- with a light of a shorter wavelength. I believe the same does not hold true when fishing the murky water. At any rate, I have found that to a certain extent, the colors I see underwater are very similar to what a Striper sees. And, the colors I see on land appear different underwater at vary-

Beebe Marine, Rt. 1 Mad (203) 245-

## Investigation Continues Into Coaches Certification

Continued from page 1.

CPR and First Aid certifications.

"These athletic directors are certified to certify others," said Alex Palluzzi, Jake Palluzzi's brother, who is also Recreation Director for the Branford Recreation Department. "I feel this is a personal matter. Jake cut their son from the basketball team."

Dr. Edmund Higgins, Principal of BHS, said that all of the coaches in question are certified.

"We have all the documentation," said Higgins.

He also said that the school has an athletic trainer on the field for sports that often involve injury, and that there is a trainer at the school all day.

The Santoros said they were hesitant to go to the administration directly.

"The reason we didn't go to the superintendent and the administration is because they caused the problem in the first place by hiring these men," said Chet Santoro. "They're the judge, the jury, and the officer. Who can you complain to?

"I know they were ambushed, but it's thee, only way they'll do anything. The principal and the superintendent would tell us they are certified," she added.

Chet Santoro said he believes that the structure of the athletic department has kept away potential coaches and athletes and is set up to fail. And while he admits that he was angered by his son being cut from the team, he denies that is not the reason for the accusations.

"I do question why he got cut. They said he was a better baseball player, and that he should focus on that," said Chet Santoro. "Jake said that all three coaches were involved in the decision, and the freshman coach told me that he didn't even know about it. Besides, as a coach, they're supposed to encourage students to play more sports.

"The reason we decided to check them out was because someone had mentioned that they didn't think they were certified. My wife said, 'Let's call the certification board,' and they wouldn't tell us without an FOI (Freedom of Information) request. We filed one and got the rules for athletic directors from the certification board. I didn't believe some of the stories that people were telling me, and then I checked it out."

Chet Santoro also repeated a comment made by Board of Education Member Sue Spear at a previous meeting regarding a coach's dismissal.

"Sue Spear said how we owe it to our kids to get the best coaches," said Chet Santoro. "What is happening is not honorable. The point is that if things are going right, you don't ask questions, I know they (the board) are honest people, and they'll do the right thing."

Subsequently, Storm spent a majority of the day after the meeting getting to the bottom of the issue.

"There was a miscommunication between the state and us," he said. "Initially, a form was filed a year and a half ago that gave coaches a five year renewable coaching permit."

According to Storm, the state failed to issue the permits, but the coaches and A.D.'s are eligible have the permits, but not in written form.

"I understand the mix up with the letterhead of the Red Cross," said Chet Santoro at a later time. "A friend typed what the Red Cross in New Haven had told us, but I talked to the Red Cross I don't know how many times, and to say they didn't give us an updated list is ridiculous. I can't believe the state would make a mistake like that."

"I was confident that what represented last night shouldn't have been," said Storm the day following the meeting. "They could have come to me and I could have verified that the coaches and Athletic Directors were certified. It wouldn't have been appropriate to respond last night. And if they were really worried about the town being liable, they would've brought it to us before going to the news."

d for Friends

for women

Join March 12-17

$0

30 minute fitness & weight loss centers
NFORD HILL    NO. BRANFORD
W. Main St.    1717 Foxon Rd
483-7999    (203) 483-9788

$ box seats • fine wines • gourmet foods • TV show tickets