Exhibit O

# STATE OF CONNECTICUT
## DEPARTMENT OF EDUCATION

March 21, 2001

Patricia Santoro
108 Mill Plain Road
Branford, CT 06405

Document #9

Dear Ms. Santoro:

I am writing in response to your Freedom of Information Request concerning the coaching status the following individuals.

The following persons hold coaching permits as of this date:

| | |
|---|---|
| Mary Binkowski | Jason J. Dittert |
| Paul B. Freund | Gary Gravina |
| Theodore Kaczynski | Jennifer Kohut |
| Geoff Korper | Michael A. Lucibello |
| John J. McGuirk | Cathy McGuirk |
| Andrea Napoli | John Rank |
| Larry Vieira | Tom Webster |

The following persons do not hold coaching permits as of this date:

| | |
|---|---|
| Frank Baron | Jay Canth |
| Gary Castelot | Steven DelRocco |
| Anthony Fontana, Jr. | Steven Narracci |
| Walter Novak | James G. Petela |
| Sherry Romer | Kim Santagata |
| James Walsh | |

Please note that our database does not indicate a Michael A. Lucibello, Jr. John Palluzzi holds a 5 year renewable coaching permit, and a professional educator certificate endorsed for physical education. Savas Sunodi holds a professional educator certificate endorsed for biology, earth science, general science, and physical education, and a 5 year renewable coaching.

On March 2, 2001, the Bureau of Certification and Professional Development received by fax, a coaching permit conversion form from Branford. Although the form is signed and dated October 6, 1999, we do not have a record of having received it prior to March 2, 2001. The information on the people listed above is based on a comparison of names submitted to the Bureau.

Sincerely,

Hilary E. Freedman
Chief
Bureau of Certification
and Professional Development

HEF:ah

P.O. Box 150471 • Hartford, Connecticut 06115-0471
*An Equal Opportunity Employer*