Exhibit Q

# BRANFORD PUBLIC SCHOOLS

*1111 Main Street • Branford, Connecticut • 06405-3717*

BRUCE E. STORM, Ed.D.
*Superintendent of Schools*

MARK WINZLER
*Assistant Superintendent of Curriculum*

March 26, 2001

Document #10

Dr. Hilary Freedman
Bureau of Certification
CT Department of Education
P.O. Box 150471, Room 243
Hartford, CT 06115-0471

Dear Dr. Freedman:

I would like to take this opportunity to express my personal thanks for your assistance in resolving the recent dispute associated with our coaching certifications here in Branford. As I know Mark Winzler has explained to you, the situation was one that was pursued in the public arena because of the personal agenda of a small group of citizens who sought to embarrass our Athletic Department. Their motives were highly questionable, and I am glad we were able to minimize their impact.

I am very grateful for your special assistance in resolving many of the unanswered questions pertaining to our large coaching staff. I also want to thank and commend members of your staff who also assisted us in resolving this important and confusing situation.

Best wishes for the remainder of the school year.

Sincerely yours,

Bruce E. Storm

Bruce E. Storm, Ed.D.
Superintendent of Schools

w
c:  Mr. Mark Winzler, Asst. Supt.
    Branford Board of Education
    File

TELEPHONE: (203) 488-7276 — FAX: (203) 315-3505