Exhibit R




# STATE OF CONNECTICUT
## *DEPARTMENT OF EDUCATION*

April 17, 2001

Patricia Santoro
108 Mill Plain Road
Branford, CT 06405

Dear Ms. Santoro:

I am writing in response to your request dated March 24, 2001, in which you request information regarding the coaching status of various individuals.

In response to Question #1, the following names were submitted on the Coaching Conversion Form that was faxed to this office from Branford on March 2, 2001:

> Raymond "Ray" Pompano
> Dave Gruendel
> Geoff Giordano
> Bob Johnson
> Michael Lucibello (not Michael A. Lucibello)

The following individual was not listed on the Coaching Conversion Form received on March 2, 2001:

> Tom Webster

In response to Question #2, the following names were submitted on the Coaching Conversion form which was faxed from Branford on March 2, 2001:

| | |
|---|---|
| Brian Atkins | Michael Lucibello |
| Robin Axtell | Cathy McGuirk |
| Mary Binkowski | John McGuirk |
| Rich Biondi | Andrea Napoli |
| Len Bonn | Walter Novak |
| Mike Callan | John O'Connor |
| Kevin Connell | John McDonough |
| Mark Cressman | John Palluzzi |
| Steve DelRocco | Margaret Piasecki |
| Paul Gagliardi | Ray Pompano |
| Geoff Giordano | Donald J. Province III |
| Eric Golia | Megan Provo |
| Russell Gordon | John Rank |
| Gary Gravina | Sherri Romer |
| David Gruendel | Edward Stackpole |
| Megan Guelakis | Jack Stacey |
| Nathan Jacobson | Dennis Swirsky |
| Scott Jenkin | Savas Synodi |
| Robert Johnson | Rich Thompson |
| Ted Kaczynski | Michael Tracy |
| Jennifer Kohut | Lawrence Vieira |
| Geoffrey Korper | James Walsh |

In regard to Question #3, there are multiple individuals named Russell Gordon in our database. Without additional information, an accurate response may not be provided.

Question #4 requests information regarding the certification status of Michael A. Lucibello. There is more than one Michael A. Lucibello in our database. Without additional information, an accurate response may not be provided.

In response to Question #5, as of this date there have been 5 temporary emergency coaching permits issued to Branford since March 1, 2001, to the following individuals:

        Eric J. Golia
        Russell K. Gordon
        Walter Novak
        Eric O'Brien
        Fred V. Parcesepe

In response to Question #6, the following individuals whose names were submitted on the Coaching Conversion Form submitted from Branford on March 2, 2001, were certified to coach in the State of Connecticut from August 1, 1999, to March 20, 2001.

        Brian Atkins
        John McDonough

In response to Question #7, both John Palluzzi and Savas Synodi hold professional educator certificates. One of the criteria for a professional educator certificate is 30 credits beyond the bachelor's degree. Their files were not able to be located to verify if they hold master's degrees.

Your letter of complaint was received on April 16, 2001.

Sincerely,

*Hilary E. Freedman*

Hilary E. Freedman
Chief
Bureau of Certification
and Professional Development