Exhibit S

Patricia A. Santoro
108 Mill Plain Road
Branford, CT 06405
203-488-5157

Hilary Freedman
Bureau of Certification
& Professional Development
PO Box 150471
Room 243
Hartford, CT 06115-0471

Subject: Addendum to April 13th, 2001 Report

Within Dr. Storm's memo read to the Branford Board of Education on March 21st, he stated that the Athletic Directors do not have district wide responsibilities. Please see enclosed memo dated 01/30/01 concerning K-8 expansion of Athletic program which was directed to John Paluzzi and Savas Synodi.

Additional comment on batch conversion forms, the superintendent, Dr. Storm stated on March 21st, 2001, that all spring coaches were certified, within your letter dated March 21st, two of the spring coaches came back not certified. Walt Novak, Varsity Baseball coach, James Walsh Girl's Varsity Softball coach.

Also, in Paragraph C of Superintendent Storm's resolution letter, I quote "Two of our coaches are required to locate transcripts and diplomas from earlier education, that is posing some difficulty for them to track down. If the conversion form was done in October, 1999 wouldn't these issues have been addressed at that point and not 1 1 2 years later. We believe the conversion form was back dated to October of 1999.

We firmly believe the law has been broken. The current Branford administraton does a great job of throwing up smoke screens by defaming people who point out their inadequacies or lawbreaking tendencies. In other instances, good citizens have walked away out of fear of retribution.

Any help you could give us in this matter will be greatly appreciated.

Sincerely,

Patricia A. Santoro