Exhibit T

Document #13



# STATE OF CONNECTICUT
## DEPARTMENT OF EDUCATION

RECEIVED
2001 AUG -3 P 3: 27
LEGAL AND GOVERNMENTAL AFFAIRS

August 2, 2001

Dr. Bruce E. Storm
Superintendent
Branford Public Schools
1111 Main Street
Branford, Ct 06405-3717

Dear Dr. Storm:

I am writing to follow-up on your May 23, 2001, letter in which you enclosed the job description of the Athletic Director in the Branford Public Schools. In your letter you indicate that two people, serve as Co-Athletic Directors for Branford High School. The purpose of your letter, and our prior letter, was to determine the appropriate certification of these two individuals.

The beginning point of my review is subsection (b) of Sec. 10-145d-423 of the Regulations of State Agencies. In pertinent part, it provides:

(b)(2) A person serving as a director of athletics at the elementary or secondary school level, not responsible for supervision, shall be required to hold a coaching permit;

(3) A person serving as a *director of athletics at the elementary or secondary school level, responsible for the supervision of coaches*, shall be required to hold a coaching permit and a valid *Connecticut educator certificate*;

(4) A person serving as a director of athletics, with district-wide responsibilities for *the athletic program or evaluation of certified staff*, shall be required to hold a coaching permit and a Connecticut educator certificate endorsed for *intermediate administration or supervision*.

Additionally, I reviewed the 31 functions contained in the job description for which the athletic director(s) are responsible. I also reviewed Section D, of your memorandum dated March 21, 2001, written to the Branford Board of Education. This information provides us with job activities which we can compare to the regulation requirements.

Based on the foregoing, I am of the opinion that these two individuals must have intermediate administration or supervision endorsements in order to serve as athletic directors. There are two reasons for this opinion. First, they have district-wide responsibilities for the athletic program in Branford. Secondly, they evaluate certified staff.

The functions and expectations for the athletic directors contained in the job descriptions you provided go beyond what is termed in Sec. 10-145d-423(b)(3) as "supervision of coaches."

Box 2219 • Hartford, Connecticut 06145
*An Equal Opportunity Employer*

There are several functions in the job description which make the position one that has district-wide responsibilities. For example, your athletic directors are responsible to:

4. Develop and implement appropriate rules and policies governing the conduct of athletic activities.
5. Prepare and administer the athletic budget.
12. Provide input to the administration in the selection of coaching candidates, including advertising, recruiting, screening, interviewing and recommending coaches.
20. Serve as a resource person for coaches and athletes.
22. Write press releases.
27. Coordinate with Central Office the proper issuance of coaches' contracts.
31. Act as intermediary between coaches and parents, often trouble shooting by fine tuning coaches' policies and parents' interpretations.

These responsibilities indicate district-wide oversight of the interscholastic program.

In addition, it is important to review the language in your March 21, 2001, memorandum. In Section D, you state: "We have skilled coaches observing and meeting with coaches on a regular basis, all culminating in a summative assessment which is discussed with and approved by certified administrators." We believe that this describes the process of "evaluation of certified staff" as contained in Sec. 10-145d-423(b)(4). It appears that the responsibilities of these individuals goes beyond supervision and amounts to evaluation notwithstanding the fact that a properly certified individual signs the form.

I hope that the information provided above helps you to understand my initial analysis. No individual should serve in the position identified in the job description without having an intermediate administration or supervision endorsement.

Please let me know if you have any further questions or would care to discuss this matter further. If we do not hear from you by September 1, 2001, we will assume you concur with our analysis and will take appropriate measures.

Sincerely,

*Hilary E. Freedman*

Hilary E. Freedman, Ph.D.
Chief
Bureau of Certification and
Professional Development

HEF:ah