Case 3:01-cv-01724-AVC    Document 26-21    Filed 06/01/2004    Page 1 of 3

Exhibit U

Document #14

# BRANFORD PUBLIC SCHOOLS
*1111 Main Street • Branford, Connecticut • 06405-3717*

**BRUCE E. STORM, Ed.D.**
*Superintendent of Schools*

**MARK WINZLER**
*Assistant Superintendent of Curriculum*

August 13, 2001

Hilary E. Freedman, Ph.D.
Chief, Bureau of Certification
& Professional Development
Connecticut Department of Education
Box 2219
Hartford, CT 06145

Dear Dr. Freedman,

I appreciate the opportunity I had last week to discuss with you the ongoing situation regarding the certification of Branford's Co-Athletic Directors. That telephone conversation prompts me to attempt one additional time to explain the circumstances that surround this controversy, to outline my interpretation of the certification regulations, and to request your reconsideration and revision of your "initial analysis" pertaining to their certification.

As you know, at the heart of this situation are the mean spirited motives of a few Branford parents who have no interest whatsoever in the well-being of all Branford student/athletes. Rather, their aim is to gain revenge on several coaches and the Directors for the fact their children either did not make a specific sports team, or were not placed in starting positions on other teams. Recognizing that you must respond to their allegations and complaints in some fashion, I am nevertheless distressed that they are able to command so much attention from you and your staff, and from my staff members, as well. I cannot help but hope that the State Department and the districts are on the same "side" when it comes to addressing such unreasonableness and efforts like this one which demean and potentially harm dedicated professionals. It is vital that we work together to protect individuals like Mr. Synodi and Mr. Palluzzi from such spurious and profoundly disturbing assaults on their integrity and livelihood.

Against this troubling backdrop, however, is the simple fact that we are not in violation of State regulations regarding the certification required for those who serve as athletic directors. You indicate in your letter of August 2 the reasons for your opinion are that "...[Mr. Palluzzi and Mr. Synodi] have district-wide responsibilities for the athletic program in Branford," and that "...they evaluate certified staff." You follow this with a listing of several functions from the job description that you contend "make the position one that has district-wide responsibilities."

There is a simple, straightforward response to the first assertion and to the presumption that the job description functions equate to "district-wide responsibilities." Branford <u>does not</u> have an athletic program that can be considered "district-wide;" our sports program is centered at our high school. As mentioned in our conversation on August 8, our intermediate school sports program consists <u>only</u> of Boys' and Girls' basketball in the winter, for which the building principal has sole responsibility, for budgeting, for hiring and evaluating coaches, for repair and replacement of equipment, and for any other related activities. The intermediate school intramural program is the responsibility of that school's physical education department. Scheduling of contests for

TELEPHONE: (203) 488-7276 — FAX: (203) 315-3505

Dr. Freedman, CSDE          Page 2 of 2                                August 13, 2001

those two teams is expedited by the athletic department secretary, and not by the Athletic Directors. Were that not the case, and the Athletic Directors did assist these teams, one would be hard-pressed to view these duties as constituting district-wide responsibilities. In any case, there are no other interscholastic teams in our school system.

Before I proceed to my final point, it is important to mention that I have personal knowledge of at least one other district in Connecticut where the athletic program spans only grades 9-12 and where the athletic director has exactly the same job description as the Branford Co-Athletic Directors and does not have administrative certification (092). I would guess there are probably more.

Finally, and most critically, our Co-Athletic Directors do not evaluate coaches. As stipulated in Subsection (6)(3) [of Sec. 10-145d-423 of the Regulations of State Agencies], and cited in your letter of August 2, they are "responsible for the supervision of coaches" only at the "secondary level." As required, they both hold a valid coaching permit and a valid Connecticut educator certification, as stipulated.

I would hope that this assertion, that our Co-Athletic Directors supervise, but do not evaluate, supersedes any mention made in my memorandum of March 21, 2001 to the Branford Board of Education about the work they do. Our department leaders, in all academic departments, support staff, provide feedback, and share information with the principals and assistant principals; these latter individuals meet with and provide the data that constitutes a final assessment or evaluation. The Co-Athletic Directors, in addition to not having district-wide responsibilities, do not evaluate coaches, my memorandum notwithstanding.

I hope you find this information and my attestations persuasive, that you will make a secondary analysis that accepts these dedicated gentlemen as sufficiently certified to perform in the roles they hold and that we can finally close a matter that has consumed far too much of your time and mine.

Sincerely,

Bruce E. Storm

Bruce E. Storm, Ed.D.
Superintendent of Schools

w
c:  Catherine Jackson, BBOE Chair
    Mark Winzler, Asst. Supt.
    Dr. E. Higgins, BHS Principal
    Savas Synodi, Co-Athletic Director, BHS
    John Palluzzi, Co-Athletic Director, BHS
    File

RECEIVED

AUG 14 2001

BUREAU OF CERTIFICATION
& PROFESSIONAL DEVELOPMENT