Exhibit V




# STATE OF CONNECTICUT
## DEPARTMENT OF EDUCATION

September 12, 2001

Document #15

Dr. Bruce E. Storm
Superintendent of Schools
Branford Public Schools
1111 Main St.
Branford, CT 06405

Dear Dr. Storm:

I am writing in response to your letter dated August 13, 2001. Thank you for sharing your perspective with me.

As I said to you when we spoke on the phone, while I am aware that there is a disagreement between the school system and the parents of some students, I do not think it appropriate to comment on those issues. My focus is on the appropriate implementation of the certification regulations, as they apply to the position of athletic director.

Based upon your August 13, 2001, letter, the Branford Board of Education's job description for Athletic Director, and your memorandum to the Branford Board of Education dated March 21, 2001, it is clear to me that the athletic director position is a district-wide position. Although interscholastic sports occur at the high school level not at the intermediate school, the athletic director(s) are responsible for the entire interscholastic program and not merely the supervision of coaches. I indicated in my last correspondence those duties which I believe support my decision in this regard.

However, Sec. 10-145d-610(q) of the certification regulations states: "Notwithstanding the provisions of Section 10-145d-423 of these regulations, any athletic director employed by a board of education on July 31, 1998, and remaining so employed in the same position, shall not be required to hold a certificate unless such athletic director evaluates certified staff." It appears, therefore, that this section of the regulations would allow your athletic directors to maintain their positions, even though they have district-wide responsibilities, if they were employed in those positions on or before July 31, 1998.

Based on the memorandum to the Branford Board of Education, it appears that the athletic directors are, in fact, the primary evaluators of the staff. If so, they must be properly certified. However, in your letter of August 13, 2001, you state, "The Co-Athletic Directors, in addition to not having district-wide responsibilities, <u>do not evaluate</u> coaches, my memorandum notwithstanding." In order to clarify this matter, please provide me with your attestation, no later than September 24, 2001, to clarify which

person(s) evaluate certified staff. If someone other than the co-athletic directors evaluates staff, the athletic directors will be able to maintain their positions based on the prior authorization language in Sec. 10-145d-610(q) of the certification regulations.

Sincerely,

*Hilary E. Freedman*

Hilary E. Freedman, Ph.D.
Chief
Bureau of Certification and
Professional Development

C: Betty J. Sternberg
   Theodore S. Sergi