Exhibit W

# BRANFORD PUBLIC SCHOOLS
*1111 Main Street • Branford, Connecticut • 06405-3717*

---

**BRUCE E. STORM, Ed.D.**
*Superintendent of Schools*

**TASHIE ROSEN**
*Business Manager*

**MARK WINZLER**
*Assistant Superintendent
Curriculum, Instruction and Personnel*

Document #16

September 19, 2001

Hilary E. Freedman, Ph.D.
Chief, Bureau of Certification
& Professional Development
Connecticut Department of Education
Box 2219
Hartford, CT 06145

Dear Dr. Freedman,

Please accept this letter as my attestation that Branford's Co-Athletic Directors, Mr. John Palluzzi and Mr. Savis Synodi, <u>do not</u> evaluate certified staff.

Formal evaluations of coaches are completed by:

Dr. Edmund Higgins, Principal
Mr. David Maloney, Assistant Principal
Mr. Joseph Fazzino, Assistant Principal
Mrs. Anna Puglia, Assistant Principal

I hope this information proves sufficient; however, should you need anything additional, please do not hesitate to contact me.

Sincerely,

*Bruce E. Storm*

Bruce E. Storm, Ed.D.
Superintendent of Schools

w
c: Mr. Mark Winzler, Asst. Supt.
   Dr. Edmund Higgins, BHS Principal
   Mr. John Palluzzi & Mr. Savas Synodi, BHS Co-Athletic Directors
   File

TELEPHONE: (203) 488-7276 — FAX: (203) 315-3505