Exhibit X

WEDNESDAY, OCTOBER 17, 2001 • BRANFORD REVIEW

# Letters...

Continued from page 4

## Recent reason to vote against incumbent

the editor:

Last week, Mr. Witten submitted a political endorsement letter making reference to the Sept. 11 tragedy and his sense of being "afraid" in "uncharted (uncharted?) waters." I agree that the horrifying events of Sept. 11 and the U.S. military response will no doubt have some effect on the Nov. 6 election for Board of Selectmen. But consider these possible effects: maybe more people will register to vote due to a renewed sense of patriotism. Maybe more people I sense it's time for a change in local politics and vote for a new administration. We'll have to wait to find out.

In the meantime, Branford residents are learning that there are many reasons to vote against the current administration led by First Selectman "Unk" DaRos. The reassessment disaster (hundreds of thousands of dollars wasted) is one reason. Skyrocketing property taxes is another. And Branford's pitiful share of education money from the state is third. Unfortunately, the skate park hardly makes up for all that.

But the best reason to vote "Unk" out of office is his chief competition: current Selectman Jason Vincent. When it comes to leadership ability, some people have it, and some people don't. Jason has it.

As a Selectman, Jason has spent a lot of time getting to know the neighborhoods, the people, and their concerns. Jason knows there's more to Branford than just Stony Creek. He wants to ensure that Branford is a great place to live whether you're sitting on the porch at your rented apartment or at your million-dollar waterfront home. And he has the leadership ability to do it.

With only a few weeks until the election, think carefully about casting your vote. Don't fear change – fear the status quo. Vote Jason Vincent for First Selectman.

Richard A Ryan
"Vincent for Branford 2001"
Pawson Landing Drive
Branford

## Writer cites lawsuit against superintendent

the editor:

Bravo Dan Caruso...finally, an honest assessment of the Branford Board of Education. Mr. Struzinsky has been treated like a second class citizen by the Board, which is shameful. He should be looked up to. He has the most experience and is a respected educator. Mr. Struzinsky should be treated as an asset, not a liability.

The current BOE can't stand the truth and will use any method available to protect their self-interests. My husband and I were victims of their incompetence. On February 28, 2001, we presented to the Board proof that non-certified personnel were operating within the Branford Athletic Department.

On March 21, Dr. Storm responded with a letter accusing us of presenting fraudulent documentation and called our presentation, "an attack." The documentation was supplied to us from the CT State Board of Certification.

Consequently, we retained Attorney Norman Pattis, and have filed a lawsuit against Dr. Storm citing defamation and chilling of our First Amendment rights.

The Board of Education and Administration uses the fear factor and retribution against children to control any situation that shows they may have been derelict in their duties.

Patricia Santoro
108 Mill Plain Road
Branford

---

**Swish**

20% off storewide
3 days only

thursday-friday-saturday
october 18th, 19th, 20th

excluding jewelry • accessories • sale items

57 Whitfield Street    235 Montowese Street
Guilford             Branford
(203) 458-8121       (203) 488-9515

---

Consolidate your loans and credit cards



Cloudy 58°
5 Day Forecast

**BranfordReview.com**

NEWS SEARCH

Advanced search

News | Classifieds | Directory | Today's Ads | Connecticut Careers | Real Estate | CTCarsAndTrucks.com

Thursday 27 May, 2004   |   Home > News > News > Top Stories

- News
  - Top Stories
  - Sports
  - Opinions
  - Weather
  - Neighborhood columns
- Out & About
- CT Publications
- Classifieds
- Place Your Classified Ad
- Subscriptions
- Personals
- Entertainment
- Town Talk
- Business Directory
- Fun and Games
- Contact Us
- Personal Finance





Zero. 0%

## Top Stories

### Writer cites defamation, 'chilling of rights' in lawsuit against superintendent

By:   10/20/2001

**Letter**

To the editor:

Bravo Dan Caruso...finally, an honest assessment of the Branford Board of Education. Mr. Struzinsky has been treated like a second class citizen by the Board, which is shameful. He should be looked up to, as he has the most experience and is a respected educator. Mr. Struzinsky should be treated as an asset, not a liability.

The current BOE can't stand the truth and will use any method available to protect their self-interests. My husband and I were victims of their incompetence. On February 28, 2001, we presented to the Board proof that non-certified personnel were operating within the Branford Athletic Department.

On March 21, Dr. Storm responded with a letter accusing us of presenting fraudulent documentation and called our presentation, "an attack." The documentation was supplied to us from the CT State Board of Certification.

Consequently, we retained Attorney Norman Pattis, and have filed a lawsuit against Dr. Storm citing defamation and chilling of our First Amendment rights.

The Board of Education and Administration uses the fear factor and retribution against children to control any situation that shows they may have been derelict in their duties.

Patricia Santoro

108 Mill Plain Road

Branford



Advertisement

**The University of Phoenix Online**

ASSOCIATES
Associate of Arts in General Studies

UNDERGRADUATE
Bachelor of Science in Business/Accounting
Bachelor of Science in Business/Administration
Bachelor of Science in Business/e-Business
Bachelor of Science in Business/Management
Bachelor of Science in Business/Marketing
Bachelor of Science in Criminal Justice Admin.
Bachelor of Science in Health Care Services
Bachelor of Science in Information Technology
Bachelor of Science in Management
Bachelor of Science in Nursing

GRADUATE
Master of Arts in Education
Master of Business Administration

Click Here



VNA Comm Healthca



SELL FA IN TH CLASSIF



Gas P
Local pu
Fuel Log
Free Gas

7-Day FRE
Go
match.c