Exhibit Y

# WILLIAMS and PATTIS, LLC

JOHN R. WILLIAMS
NORMAN A. PATTIS
KATRENA ENGSTROM
TIMOTHY J. MAHONEY
CHRISTY H. DOYLE
ELIZABETH BROOKS

51 ELM STREET, SUITE 409
NEW HAVEN, CONNECTICUT 06510

(203) 562-9931
FACSIMILE (203) 776-9494
E-MAIL: jrw@johnrwilliams.com

February 16, 2004

Attorney Melanie A. Dillon
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114-1190

RECEIVED
FEB 18 2004
BY: ------------------

Re: Patricia Santoro v. Bruce Storm
Your File No.: 110-19419

Dear Attorney Dillon:

I am writing in response to your January 21, 2004, letter to Attorney Norman A. Pattis. I have enclosed supplemental responses to Interrogatories numbered 6 and 9, herewith.

If you have any questions regarding this submission, please do not hesitate to contact me.

Sincerely,

Leslie Arthur
Paralegal

LA/o
Enclosure



02/09/04

6. State any and all facts in support of your claim that you were defamed by the defendant, Bruce Storm, and the date, time and location of each occurrence (s), witnesses thereto, the exact language of the defamatory statement (s) made by the defendant, and to whom the statement (s) were made, including newspaper publications and other media representatives.

The Sound (Newspaper) Date: March 8, 2001 (delivered free of charge to all households in Branford and North Branford, CT)

Storm said we presented manufactured documents. These documents were obtained under Freedom of Information. Storm said " Someone represented themselves as a BOE member. Please see Document #5, attestation that no one misrepresented themselves as a member of the Branford BOE.

MEMO Date: March 21, 2001 To: Catherine Jackson, Chairperson, Branford BOE and BOE members. M. Winzler, E. Higgins, S. Synodi; J. Palluzzi; File.
This letter was read and distributed at a full board meeting.

Paragraph #1
Quotes: Dr. Storm
" Criticisms were harsh and largely inaccurate"

Presentation was professional and supported by documentation supplied under FOI from the State Board of Certification and the American Red Cross. Please see video tape dated 02/28/01.

Paragraph # 2
Quotes: Dr. Storm

" I also will spend time at the conclusion of this document discussing what I think to be a very serious matter of individuals participating in unrestricted and unfounded attempts at character assassination, before the camera, without limit."

Dr. Storm accused us of character assassination hoping to defame our good name and divert attention from the real problems at hand. Please see video tape dated 02/28/01.

Paragraph # 6
Quotes: Dr Storm

" On the day following the 02/28/01 Board meeting, Mr Winzler and I joined with Dr Higgins, Mr Synodi, Mr Palluzzi, at which time we reviewed everything in the Athletic Director's files including information that should never have come into the hands of

"concerned citizens" (To this day, we continue to be somewhat concerned about how certain proprietary documents were acquired by them)

All documentation was obtained under FOI, there were no proprietary documents in our possession. Dr Storm, basically is accusing us of stealing or obtaining documents in an illegal fashion. None of the documentation presented was proprietary. This tactic was used to blunt the impact of the truth on his administration and defame our credibility.

Paragraph # 11
Quotes: Dr Storm

" It is my expectation that this situation was vastly distorted"

This situation was not distorted by myself or my husband. The use of the term " vastly distorted" is another attempt to defame and discredit our attempt at fixing a dangerous situation.

Paragraph #12
Quotes: Dr Storm

" As part of the broad-brush approach that was used in their attack on February 28th, the "concerned citizens" also raised questions about the certification of our Co-Athletic Directors"

We certainly did not attack, we presented a problem to the BOE, in a very civil manner and used Audience of Citizens as that vehicle. We are being portrayed by Dr Storm as vicious and vile people. Anyone reading this letter would assume that we were vicious and vile. The Superintendent has used his position of power to defame us.

Paragraph #13
Quotes: Dr Storm

" Frankly, I believe that the approach used to address these circumstances of concern reveals an interest that has more to do with causing personal harm and embarrassment to a variety of individuals and not to protect the school district from issues of liability."

From our perspective, Dr Storm is saying the truth causes personal harm and embarrassment to individuals, so we definitely have to shoot the messenger and defame them so they will be quiet.

Paragraph # 14
Quotes: Dr Storm

"Looking beyond my personal reactions and those of my administration whom I believe were wronged both in the press and in public commentary by the "concerned citizens", I have to also attend to the reputations of others whose names were unfairly and

inappropriately associated with this attempt at public character designation." Most Board members are aware that the motives associated with this "event" are highly suspect."

We presented the facts to the BOE, in a public forum designated for Audience of Citizens. We expected the BOE to answer our concerns, but we have yet to hear from them to this day. Unfortunately, when an administrative issue is brought before the BOE, they don't try and solve the problem, they attack the people who presented it in the first place. Dr Storm defames us by saying our motives are highly suspect and we made an attempt at character designation.

Paragraph #16
Quotes: Dr Storm

" I sincerely hope that as an individual that further character assassination and public criticism of anyone associated with our program is called to a halt quickly and never allowed to occur in the future."

The only character assassination that took place was from Dr Storm toward Chet and myself. We presented the facts as gathered from the State Board of Certification under FOI. We stand by these facts.

Letter dated 03/26/01 from Dr Storm to Dr Hilary Freedman, State Board of Certification, Mark Winzler, Asst Superintendent and the Branford BOE.

" The situation was one that was pursued in a public arena because of the personal agenda of a small group of citizens who sought to embarrass our Athletic Department. Their motives were highly questionable, and I am glad we were able to minimize their impact."

It hurts our credibility at all levels, even as far reaching as the State Board of Certification. We will not be used as an excuse or whipping post for the blatant misuse of power associated with Dr Storm's agenda.

Letter dated 08/13/01 from Dr Storm to Dr Hilary Freedman, Chief, Bureau of Certification, Catherine Jackson BBOE Chair, Mark Winzler, Asst Supt.,Savas Synodi,AD BHS, John Palluzzi, AD BHS Dr E.Higgins, BHS Principal

" As you know, at the heart of this situation are the mean spirited motives of a few Branford parents who have no interest whatsoever in the well-being of all Branford student/athletes. Rather, their aim is to gain revenge on several coaches and the Directors for the fact their children either did not make a specific sports team, or were not placed in starting positions on other teams. Recognizing that you must respond to their allegations and complaints in some fashion, I am nevertheless distressed that they are able to command so much attention from you and your staff, and from my staff members as well. I cannot help but hope that the State Department and the districts are on the "same" side when it comes to addressing such unreasonableness and efforts like this one which demean anf potentially harm dedicated professionals. It is vital that we work together to

protect individuals like Mr Synodi and Mr. Palluzzi from spurious and profoundly disturbing on their integrity and livelihood.

Defamation of Chet and myself is blatant in this one. Hurting livelihood, mean spirited. I defer to 02/28/01 video tape.
of

02/09/04

9. State any and all facts in support of your claim that the defendant, Bruce Storm, made allegations involving moral turpitude on the part of the plaintiffs which was calculated to injure the plaintiffs' reputation in the community, and the date, time and location of each occurrence (s), witness thereto, the exact language of the defamatory statements(s) made by the defendant, and to whom the statement (s) were made.

The Sound (Newspaper) Date: March 8, 2001 (delivered free of charge to all households in Branford and North Branford, CT)

Storm said we presented manufactured documents. These documents were obtained under Freedom of Information. Storm said " Someone represented themselves as a BOE member. Please see Document #5, attestation that no one misrepresented themselves as a member of the Branford BOE.

MEMO Date: March 21, 2001 To: Catherine Jackson, Chairperson, Branford BOE and BOE members. M. Winzler, E. Higgins, S. Synodi; J. Palluzzi; File.
This letter was read and distributed at a full board meeting.

Paragraph #1
Quotes: Dr. Storm
" Criticisms were harsh and largely inaccurate"

Presentation was professional and supported by documentation supplied under FOI from the State Board of Certification and the American Red Cross. Please see video tape dated 02/28/01.

Paragraph # 2
Quotes: Dr. Storm

" I also will spend time at the conclusion of this document discussing what I think to be a very serious matter of individuals participating in unrestricted and unfounded attempts at character assassination, before the camera, without limit."

Dr. Storm accused us of character assassination hoping to defame our good name and divert attention from the real problems at hand. Please see video tape dated 02/28/01.

Paragraph # 6
Quotes: Dr Storm

" On the day following the 02/28/01 Board meeting, Mr Winzler and I joined with Dr Higgins, Mr Synodi, Mr Palluzzi, at which time we reviewed everything in the Athletic Director's files including information that should never have come into the hands of

"concerned citizens" (To this day, we continue to be somewhat concerned about how certain proprietary documents were acquired by them)

All documentation was obtained under FOI, there were no proprietary documents in our possession. Dr Storm, basically is accusing us of stealing or obtaining documents in an illegal fashion. None of the documentation presented was proprietary. This tactic was used to blunt the impact of the truth on his administration and defame our credibility.

Paragraph # 11
Quotes: Dr Storm

" It is my expectation that this situation was vastly distorted"

This situation was not distorted by myself or my husband. The use of the term " vastly distorted" is another attempt to defame and discredit our attempt at fixing a dangerous situation.

Paragraph #12
Quotes: Dr Storm

" As part of the broad-brush approach that was used in their attack on February 28th, the "concerned citizens" also raised questions about the certification of our Co-Athletic Directors"

We certainly did not attack, we presented a problem to the BOE, in a very civil manner and used Audience of Citizens as that vehicle. We are being portrayed by Dr Storm as vicious and vile people. Anyone reading this letter would assume that we were vicious and vile. The Superintendent has used his position of power to defame us.

Paragraph #13
Quotes: Dr Storm

" Frankly, I believe that the approach used to address these circumstances of concern reveals an interest that has more to do with causing personal harm and embarrassment to a variety of individuals and not to protect the school district from issues of liability."

From our perspective, Dr Storm is saying the truth causes personal harm and embarrassment to individuals, so we definitely have to shoot the messenger and defame them so they will be quiet.

Paragraph # 14
Quotes: Dr Storm

"Looking beyond my personal reactions and those of my administration whom I believe were wronged both in the press and in public commentary by the "concerned citizens", I have to also attend to the reputations of others whose names were unfairly and

inappropriately associated with this attempt at public character designation." Most Board members are aware that the motives associated with this "event" are highly suspect."

We presented the facts to the BOE, in a public forum designated for Audience of Citizens. We expected the BOE to answer our concerns, but we have yet to hear from them to this day. Unfortunately, when an administrative issue is brought before the BOE, they don't try and solve the problem, they attack the people who presented it in the first place. Dr Storm defames us by saying our motives are highly suspect and we made an attempt at character designation.

Paragraph #16
Quotes: Dr Storm

" I sincerely hope that as an individual that further character assassination and public criticism of anyone associated with our program is called to a halt quickly and never allowed to occur in the future."

The only character assassination that took place was from Dr Storm toward Chet and myself. We presented the facts as gathered from the State Board of Certification under FOI. We stand by these facts.

Letter dated 03/26/01 from Dr Storm to Dr Hilary Freedman, State Board of Certification, Mark Winzler, Asst Superintendent and the Branford BOE.

" The situation was one that was pursued in a public arena because of the personal agenda of a small group of citizens who sought to embarrass our Athletic Department. Their motives were highly questionable, and I am glad we were able to minimize their impact."

It hurts our credibility at all levels, even as far reaching as the State Board of Certification. We will not be used as an excuse or whipping post for the blatant misuse of power associated with Dr Storm's agenda.

Letter dated 08/13/01 from Dr Storm to Dr Hilary Freedman, Chief, Bureau of Certification, Catherine Jackson BBOE Chair, Mark Winzler, Asst Supt.,Savas Synodi,AD BHS, John Palluzzi, AD BHS Dr E.Higgins, BHS Principal

" As you know, at the heart of this situation are the mean spirited motives of a few Branford parents who have no interest whatsoever in the well-being of all Branford student/athletes. Rather, their aim is to gain revenge on several coaches and the Directors for the fact their children either did not make a specific sports team, or were not placed in starting positions on other teams. Recognizing that you must respond to their allegations and complaints in some fashion, I am nevertheless distressed that they are able to command so much attention from you and your staff, and from my staff members as well. I cannot help but hope that the State Department and the districts are on the "same" side when it comes to addressing such unreasonableness and efforts like this one which demean anf potentially harm dedicated professionals. It is vital that we work together to

protect individuals like Mr Synodi and Mr. Palluzzi from spurious and profoundly disturbing on their integrity and livelihood.

Defamation of Chet and myself is blatant in this one. Hurting livelihood, mean spirited. I defer to 02/28/01 video tape.

In conclusion, see video tape dated 3/21/01, Full BOE meeting.