

FILED

2004 JUN -1  P 2: 52

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PATRICIA SANTORO, CHET SANTORO | : | NO.: 301CV01724 (AVC) |
| v. | : | |
| BRUCE STORM | : | JUNE 1, 2004 |

## NOTICE OF MANUAL FILING

Please take notice that the defendant has manually filed the following exhibits to the defendant's Motion for Summary Judgment dated June 1, 2004:

1. **EXHIBIT D** - Portions of Chet Santoro's Deposition Transcripts dated February 20, 2002 and April 23, 2004; and

2. **EXHIBIT E** - Portions of Pat Santoro's Deposition Transcripts dated April 23, 2004.

These exhibits have not been filed electronically because the electronic file size of the documents exceed 1.5 megabytes.

DEFENDANT,
BRUCE STORM

By /s/ Melanie A. Dillon
Melanie A. Dillon
ct24786
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114
(860) 249-1361
(860) 249-7665 (Fax)
E-Mail: mdillon@hl-law.com

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 1st day of June, 2004.

Katrina Engstrom, Esquire
Norman A. Pattis, Esquire
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

Melanie A. Dillon