UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PATRICIA SANTORO, CHET SANTORO | : | NO.:  301CV01724 (AVC) |
| | : | |
| v. | : | |
| | : | |
| BRUCE STORM | : | JUNE 1, 2004 |

## <u>LOCAL RULE 56 (a) (1) STATEMENT</u>

Pursuant to Fed. R. Civ. P. 56 (c) and D. Conn. L. Civ. R. 56 (a) (1), the

defendant, Bruce Storm, submits the following Statement of Material Facts Not In

Dispute in support of his Motion for Summary Judgment and Memorandum of Law in

support of Motion for Summary Judgment dated June 1, 2004.

1.      At all relevant times, the defendant, Bruce Storm, was and remains

the superintendent of Branford Public Schools.  He is sued in his individual capacity

only.  (Complaint, ¶1).

2.      At all relevant times, the plaintiffs, Patricia and Chet Santoro, were

residents of the Town of Branford, Connecticut, with a child attending a school operated

by the Branford Board of Education.  (Complaint, ¶2).

3.      In July 1999, the State of Connecticut Department of Education

adjusted the coaching credentialing process.  One of the key changes in the

credentialing process was the introduction of five-year renewable coaching permits.

(Affidavit of Bruce Storm, copy attached as Exhibit A; Affidavit of Mark Winzler, copy

attached as Exhibit B).

4.      During the five years that the coaching permits are effective, annual renewals of CPR and renewals of basic First Aid training every three years are required. (Exhibits A & B).

5.      To implement the new program, the State Department of Education provided all school districts statewide, including the Branford Public Schools, with "batch conversion forms."  (Exhibits A & B).

6.      The batch conversion forms allowed coaches in public schools to shift to the five-year renewable permits.  In order to obtain the permits each school district was required to submit a batch conversion form with a list of the coaches for the school district as well as photocopies of the front and back of the CPR/First Aid cards for each coach.  (Exhibits A & B).

7.      Although the changes to the coaching credentialing process became effective in July 1999, the school year did not commence until September.  Accordingly, in September 1999, the Branford Athletic Directors began the process of obtaining the information from each of its coaches and completing the batch conversion form. (Exhibit A).

8.      The batch conversion form for the Branford Public Schools was completed and signed by Dr. Bruce Storm on October 6, 1999 and was forwarded to the State Department of Education.  (Exhibit A; Batch Conversion Form, October 6, 1999, copy attached as Exhibit C).

9.      The Branford Athletic Directors, John "Jake" Paluzzi and Savas Synodi, followed up by telephone with the State Department of Education to check on

the status of the coaching permits and were informed that the permits would be sent to the Branford Public Schools Central Office.  Based on this information, the athletic directors assumed that the permits would be forwarded to the Central Office and placed in the coaches' personnel files.  (Exhibit A).

10.    In November 2000, Jake Paluzzi cut the plaintiffs' son, Ryan Santoro, from the Branford High School basketball team.  (Deposition of Chet Santoro, pp. 35-37, copy attached as Exhibit D).

11.    Chet Santoro concedes that he was not interested in the issue of certification and/or CPR and first aid training of Branford Public Schools coaches until after his son was cut from the basketball team.  (Exhibit D, p. 35).

12.    Chet Santoro admits that other than his son being cut from the basketball team, he did not have any other opinions that the Athletic Directors were not doing their job.  (Exhibit D, pp. 183-185).

13.    Patricia Santoro concedes that prior to her son being cut from the basketball team she had never complained about any of the coaches or the athletic program in the Branford Public Schools.  (Deposition of Patricia Santoro, pp. 16-17, copy attached as Exhibit E).

14.    In December 2000, shortly after Ryan Santoro was cut from the basketball team, Dan Caruso, Edward Struzinski and an unidentified parent of a child in the Branford School District informed Patricia Santoro that the Athletic Directors, Jake Paluzzi and Savas Synodi, were not certified.  (Exhibit E, pp. 17-18).

15.    Following receipt of this information, Patricia Santoro conducted research regarding certification of coaches and athletic directors at the library. (Exhibit E, p. 19).

16.    On December 3, 2000, Patricia Santoro sent a letter to the Branford Board of Education requesting documentation substantiating that Jake Paluzzi is a certified teacher.  (Exhibit E, pp. 19-20; Letter to Branford Board of Education from Patricia Santoro, December 3, 2000, copy attached as Exhibit F).

17.    Patricia Santoro also wrote a letter to the State Department of Education requesting information regarding certification for several of the coaches for Branford Public Schools, including the Athletic Directors. (Exhibit E, pp. 21-22).

18.    Patricia Santoro conceded that in her initial letter to the State Board of Education that she only requested information regarding certification of the football, basketball and baseball coaches for Branford School District.  She also admitted that she had not initially requested any information regarding the certification of female coaches. (Exhibit E, pp. 23-25).

19.    Patricia Santoro wrote a letter to the American Red Cross South Central Connecticut Chapter requesting information under the Freedom of Information Act with respect to whether certain coaches and volunteers for the Branford Public Schools were certified in CPR and/or basic first aid.  (Exhibit E, p. 26; Letter to Elizabeth Hernandez from Patricia Santoro, January 25, 2001, copy attached as Exhibit G).

20.    Kevin Finucane delivered Patricia Santoro's January 25, 2001 letter to the American Red Cross and he also picked up the responses to her letter from the American Red Cross.  (Exhibit D, p. 123; Exhibit E, pp. 30-31).

21.    Patricia Santoro conceded that she did not contact any other organizations other than the American Red Cross concerning CPR and basic First Aid training of Branford Public Schools coaches.  (Exhibit E, pp. 26-27).

22.    The plaintiffs conceded that Kevin Finucane created the "American Red Cross" document with respect to certification of coaches in CPR/first aid training that was presented to the Branford Board of Education at the February 28, 2001 board meeting.  (Exhibit D, pp. 7, 60-62, 117-118, 122-123; Exhibit E, pp. 30, 42-44; "American Red Cross" document which contains compilation of names of coaches not certified in Adult CPR and First Aid, copy attached as Exhibit H).

23.    Patricia Santoro testified that the document prepared by Kevin Finucane was based on the information she received from the American Red Cross; however, she conceded that document created by Kevin Finucane stated that certain coaches were not certified, when in fact the South Central Connecticut Chapter of the American Red Cross simply did not have any records for those particular coaches or individuals.  (Exhibit E pp. 43-44, 56-58; Exhibits G & H).

24.    Patricia Santoro conceded that there are other organizations from which individuals could obtain certification in adult CPR and basic First Aid.  (Exhibit E, p. 43).

25.    The plaintiffs admit that they did not inform the Board of Education that the "American Red Cross" document prepared by Kevin Finucane (Exhibit F) was not an official American Red Cross document.  (Exhibit D, p. 62; Exhibit E, p. 42).

26.    The plaintiffs concede that they did not contact the administration for the Branford Public Schools or the Branford Board of Education with respect to their concerns regarding certification of the athletic directors and coaches prior to the February 28, 2001 meeting.  (Exhibit D, pp. 49-50, 96-97; Exhibit E, pp. 31-32).

27.    On February 28, 2001, Patricia Santoro made a presentation to the Branford Board of Education concerning the information that she had obtained from the American Red Cross and from the State of Department of Education.  Patricia Santoro spoke to the Board of Education about the alleged violations of the state statutes because the Branford Athletic Directors did not have proper qualifications and/or certification.  Ms. Santoro further stated that certain coaches were not certified by the State Department of Education and/or their CPR/First Aid training was not up to date. (Exhibit E, p. 45; Presentation Regarding Non-Compliance within Branford Athletic Programs prepared by Patricia Santoro, copy attached as Exhibit I; Transcript of February 28, 2001 Branford Board of Education meeting, copy attached as Exhibit J).

28.    During her presentation, Patricia Santoro stated "if we had a full time Athletic Director in this position with the proper skills, this probably would not have happened. This has put Branford in a very precarious position."  (Exhibits G & J).

29.     Upon being asked whether she had presented this information to the Branford Public Schools administration, Patricia Santoro responded that she had not because this problem had been going on for eight years.  (Exhibit J).

30.    In addition to making a presentation to the Branford Board of Education, Patricia Santoro distributed a packet of documents to the Board of Education.  The packet included a copy of the relevant state statutes, a letter from Dr. Hilary Freedman regarding the certification of the Branford coaching staff dated January 22, 2001, CPR/first aid training documents the plaintiffs obtained from the American Red Cross, a memo from Rowena Gatta to Jake Palluzzi and Savas Synodi regarding the coaching conversion form as well as the "American Red Cross" document created by Kevin Finucane.  (Exhibit E, pp. 38-40; Exhibit H; Letter from Dr. Hilary Freedman, January 22, 2001, copy attached as Exhibit K; CPR/first aid training course documentation from the American Red Cross, copy attached as Exhibit L; Memorandum from Rowena Gatta, March 8, 1999, Exhibit M).

31.    Chet Santoro also spoke at the Board of Education meeting on February 28, 2001.  Chet Santoro stated that the Branford Board of Education and the administration were "breaking a couple of laws" and that the issue had to be addressed right now.  He also stated that "if the administration did their job, this wouldn't be an issue," and that they had to come forward with this information to make them do their job.  (Exhibit J).

32.    Chet Santoro also told the Branford Board of Education that "if the superintendent and principal did their job, we wouldn't be here today."  Mr. Santoro further stated that "we can't go to anybody, the principal or superintendent."  (Exhibit J).

33.    Chet Santoro subsequently admitted that he presented the information to the Branford Board of Education so that the board would act on the information and replace the Branford Athletic Directors.  (Exhibit D, p. 63).

34.     The first time that Dr. Storm and his administration learned that the coaches in the Branford Public Schools had not received their five-year renewable coaching permits was during Patricia and Chet Santoro's presentation at the Branford Board of Education meeting on February 28, 2001.  (Exhibits A & B).

35.     Following the plaintiffs' presentation at the meeting on February 28, 2001, Catherine Jackson, the chairperson of the Board of Education, instructed Dr. Bruce Storm to investigate the matter and report his findings to the Board of Education. (Exhibit E, pp. 46-47).

36.     After the February 28, 2001 Branford Board of Education meeting, Dr. Storm visited the American Red Cross, South Central Connecticut Chapter and spoke with Guy Sunny, Executive Director, and another employee of the American Red Cross. (Exhibit A).

37.     Dr. Storm showed Mr. Sunny as well as the other employee of the American Red Cross photographs of Kevin Finucane and asked if Mr. Finucane had recently requested information from the American Red Cross, South Central Connecticut Chapter.  (Exhibit A).

38.     The other American Red Cross employee with whom Dr. Storm spoke positively identified Kevin Finucane and indicated that he had visited to their office twice requesting information on behalf of the Branford Board of Education.  (Exhibit A).

39.     Dr. Storm also showed Mr. Sunny the purported "American Red Cross" document produced at the February 28, 2001 Branford Board of Education meeting and inquired with respect to the authenticity of the document.  Mr. Sunny

indicated that the document was not an official document of the American Red Cross, South Central Connecticut Chapter and that it was not official American Red Cross letterhead.  (Exhibit A).

40.     On March 1, 2001, Dr. Storm met with Mark Winzler, Assistant Superintendent for Branford School District at that time; Dr. Ed Higgins, Principal of Branford High School; Savas Synodi and Jake Paluzzi and reviewed everything in the athletic directors' files.  (Exhibits A & B).

41.     At the March 1, 2001 meeting, Savas Synodi produced copies of the batch conversion form containing names of the coaching staff as of September 1999 as well as the attached photocopies of the first aid and CPR card for all of the coaches. (Exhibits A, B & C).

42.     Mark Winzler contacted the State Department of Education to begin an extensive investigation into the whereabouts of the batch conversion form.  (Exhibits A & B).

43.     Although the Branford coaches and athletic directors did not appear to have proper certification according to the records at the State Department of Education, each member of the Branford coaching staff had up to date CPR and First Aid training. (Exhibits A & B).

44.     Both athletic directors are certified first aid and CPR instructors and ensure that coaching staff is up to date on their training.  (Exhibits A & B).

45.      On March 8, 2001, an article regarding the certification of the Branford coaching staff was published in *The Sound* newspaper.  (Investigation

Continues Into Coaching Certification, *The Sound*, March 8, 2001, copy attached as Exhibit N).

46.     In the March 8, 2001 article in *The Sound*, Chet Santoro stated that "the reason we didn't go to the superintendent and the administration is because they caused the problem in the first place by hiring these men . . . They're the judge, the jury, and the officer.  Who can you complain to? I know they were ambushed, but it's [the] only way they'll do anything.  The principal and superintendent would tell us they are certified."  (Exhibit N).

47.     As of March 21, 2001, each member of the coaching staff for the Branford Public School system was either certified or finalizing necessary paperwork with the State Department of Education.  (Exhibits A & B).

48.     On March 21, 2001, Dr. Hilary Freedman wrote to Patricia Santoro with respect to the coaching status of particular Branford coaches and volunteers. (Letter from Dr. Hilary Freedman to Patricia Santoro dated March 26, 2001, copy attached as Exhibit O).

49.     At the March 21, 2001 Board of Education meeting, Dr. Storm presented his findings to the Branford Board of Education as well as the citizens attending the meeting.  A memorandum regarding those findings and Dr. Storm's comments on the same was handed out at the March 21, 2001 meeting.  (Memorandum from Dr. Storm to Board of Education, March 21, 2001, copy attached as Exhibit P).

50.     On March 26, 2001, Dr. Storm wrote to Dr. Freedman to thank her for her assistance in resolving the dispute associated with the certification of Branford

Public Schools coaching staff.  (Letter from Dr. Storm to Dr. Hilary Freedman, March 26, 2001, copy attached as Exhibit Q).

51.     On April 17, 2001, Dr. Freedman wrote to Patricia Santoro regarding the coaching status of various individuals.  (Letter from Dr. Hilary Freedman to Patricia Santoro, April 17, 2001, copy attached as Exhibit R).

52.     Patricia Santoro wrote to Dr. Freedman commenting on Dr. Storm's March 21, 2001 memorandum to the board in April 2001.  In this letter, Ms. Santoro accused the Branford administration of backdating the October 6, 1999 batch conversion form.  (Letter from Patricia Santoro to Dr. Freedman, copy attached as Exhibit S).

53.     On August 2, 2001, Dr. Freedman wrote to Dr. Storm with respect to her opinions regarding the certification of the Branford Public Schools Athletic Directors. (Letter from Dr. Hilary Freedman to Dr. Bruce Storm, August 2, 2001, copy attached as Exhibit T).

54.     On August 13, 2001, Dr. Storm responded to Dr. Freedman's letter regarding the job duties of the Athletic Directors and the certification required for their positions.  (Letter from Dr. Storm to Dr. Freedman, August 13, 2001, copy attached as Exhibit U).

55.      On September 12, 2001, Dr. Freedman revised her previous opinion regarding the appropriate certification of the Branford Athletic Directors.  Specifically, Dr. Freedman states that Conn. State Agency Regs. § 10-145d-610q, would allow the Branford Athletic Directors to remain in their positions even though they have district

wide responsibilities, provided that they did not evaluate certified staff and they were employed as the Branford Athletic Directors on or before July 31, 1998.  (Letter from Dr. Freedman to Dr. Storm, September 12, 2001, copy attached as Exhibit V).

56.    Pursuant to Dr. Freedman's request, Dr. Storm provided Dr. Freedman with an attestation on September 19, 2001, that the Branford Athletic Directors do not evaluate certified staff.  (Letter of Attestation from Dr. Storm to Dr. Freedman, September 19, 2001, copy attached as Exhibit W).

57.    On October 17, 2001, Patricia Santoro wrote to *The Branford Review* expressing her opinion that the Branford Board of Education and Administration had acted improperly with respect to the issue regarding certification of the Branford coaches.  (Letter from Patricia Santoro to the Editor of the Branford Review, October 17, 2001, copy attached as Exhibit X).

59.    The plaintiffs admit that they have not attended or attempted to speak at a Branford Board of Education meeting since February 28, 2001.  (Exhibit D, p. 203; Exhibit E, p. 118).

DEFENDANT,
BRUCE STORM


By___/s/ Melanie A. Dillon_____
    Melanie A. Dillon
    ct24786
    Howd & Ludorf
    65 Wethersfield Avenue
    Hartford, CT  06114
    (860) 249-1361
    (860) 249-7665 (Fax)
    E-Mail:  mdillon@hl-law.com

**<u>CERTIFICATION</u>**

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 1st day of June, 2004.


Katrina Engstrom, Esquire
Norman A. Pattis, Esquire
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510


_____/s/ Melanie A. Dillon_____
Melanie A. Dillon