UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PATRICIA SANTORO, CHET SANTORO | : | NO.: 301CV01724 (AVC) |
| | : | |
| v. | : | |
| | : | |
| BRUCE STORM | : | JUNE 1, 2004 |

**REPLY TO PLAINTIFFS' MEMORANDUM IN OPPOSITION TO THE DEFENDANT'S MOTION FOR SANCTIONS**

The defendant, Bruce Storm, hereby replies to the plaintiffs' Memorandum in Opposition to the Defendant's Motion for Sanctions, dated May 18, 2004. For the reasons more fully set forth herein, the plaintiffs' Memorandum in Opposition is unavailing, and the defendant's Motion for Sanctions should be granted.

The District of Connecticut Local Rules of Civil Procedure 5(a) requires that each attorney appearing in an action file an appearance with the Clerk, and provide notice of appearance to all counsel. Attorney Kim Coleman Waisonovitz *admittedly* did not have an appearance in this matter in accordance with D. Conn. L. Civ. R. 5(a) at the time of the depositions on April 13, 2004. Counsel for the plaintiffs have set forth no legitimate basis in their opposition for why Attorney Waisonovitz could not simply file an appearance in this matter at the time of the depositions in compliance with D. Conn. L. Civ. R. 5(a).

ORAL ARGUMENT IS NOT REQUESTED

Interestingly, Attorney Waisonovitz was <u>not</u> admitted to the federal bar until May 3, 2004, almost one month following the date of the depositions.  (<u>See</u> Affidavit of Beatrice S. Jordan, attached hereto as **Exhibit A**).  Thus, Attorney Waisonovitz could not properly appear for and defend the depositions of the plaintiffs in this matter.  Notwithstanding the above, Attorney Waisonovitz was assigned to attend the depositions of the plaintiffs.  The fact that Attorney Waisonovitz was not yet admitted to the federal bar at the time of the depositions undoubtedly explains the failure and/or refusal to file an appearance in this matter enabling the depositions to proceed as scheduled.

For the foregoing reasons, the defendant, Bruce Storm, respectfully requests that his Motion for Sanctions be granted.

                                      DEFENDANT,
                                      BRUCE STORM

                                      By___/s/ Melanie A. Dillon___
                                        Melanie A. Dillon
                                        ct24786
                                        Howd & Ludorf
                                        65 Wethersfield Avenue
                                        Hartford, CT  06114
                                        (860) 249-1361
                                        (860) 249-7665 (Fax)
                                        E-Mail:  mdillon@hl-law.com

## **CERTIFICATION**

       This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 1st day of June, 2004.

Katrina Engstrom, Esquire
Norman A. Pattis, Esquire
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

                                                 /s/ Melanie A. Dillon
                                                 Melanie A. Dillon