UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PATRICIA SANTORO, CHET SANTORO | : | NO.: 301CV01724 (AVC) |
| | : | |
| v. | : | |
| | : | |
| BRUCE STORM | : | JUNE 1, 2004 |

**AFFIDAVIT IN SUPPORT OF REPLY TO OBJECTION TO MOTION FOR SANCTIONS**

I, Beatrice S. Jordan, being duly sworn, depose and say:

1. I am over eighteen years of age;

2. I believe in the obligations of an oath;

3. I am an attorney at the law firm of Howd & Ludorf in Hartford, Connecticut, and have held this position for four years;

4. The statements herein are based upon personal knowledge;

5. On June 1, 2004, I contacted the United States District Court for the District of Connecticut at Hartford, and inquired as to the federal bar admittance of Attorney Kim Coleman Waisonovitz;

6. I was advised by the Clerk's Office that Attorney Kim Coleman Waisonovitz, Federal Bar No. ct25759, was admitted to the federal bar on May 3, 2004

Dated at Hartford, Connecticut, this 1st day of June, 2004.

_____
Beatrice S. Jordan

STATE OF CONNECTICUT           )
                               ) ss:  Hartford
COUNTY OF HARTFORD             )

Subscribed and sworn to before me this 1st day of June, 2004.

_____
Lori Shelto
Notary Public
My commission expires:  12/31/07