UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

PATRICIA SANTORO, CHET SANTORO : NO.: 301CV01724(AVC)

VS. :

BRUCE STORM : JUNE 21, 2004

MOTION FOR EXTENSION OF TIME TO RESPOND TO
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The plaintiffs, Patricia and Chet Santoro, respectfully requests an extension of time of three weeks, up to and including July 12, 2004 to respond to Defendants' Motion for Summary Judgment dated June 1, 2004.

In support of this motion, plaintiff represents as follows:

1. This is the plaintiff's first request for an extension of time to respond to defendant's motion for summary judgment.

2. Defendant's attorney was contacted by this office and she has not indicated an objection to the granting of this request.

THE PLAINTIFF,

BY: _____
TIMOTHY J. MAHONEY(ct24651)
51 Elm Street
New Haven, CT 06510
203/562-9931
FAX: 203/776-9494
E-Mail: jrw@johnrwilliams.com
His Attorney

**CERTIFICATION**

On the date above stated, a copy hereof was mailed to Melanie Dillon, Esq., Howd & Ludorf, 65 Wethersfield Avenue, Hartford, CT 06114.

_____
Timothy J. Mahoney