FILED
2004 JUN 21 P 3: 42
U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| PATRICIA SANTORO, CHET SANTORO | : NO. 301CV01724(AVC) |
| VS. | : |
| BRUCE STORM | : JUNE 21, 2004 |

MOTION FOR EXTENSION OF TIME TO RESPOND TO
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The plaintiff's, Patricia and Chet Santoro, respectfully requests an extension of time of three weeks, up to and including July 12, 2004 to respond to Defendants' Motion for Summary Judgment dated June 1, 2004.

In support of this motion, plaintiff represents as follows:

1. This is the plaintiff's first request for an extension of time to respond to defendant's motion for summary judgment.

2. Defendant's attorney was contacted by this office and she has not indicated an objection to the granting of this request.

THE PLAINTIFF,

3:01CV1724(AVC). June 22, 2004. The plaintiffs' motion for an extension of time to respond to the defendant's motion for summary judgment (document no. 29) is GRANTED. The plaintiffs shall have to and including July 12, 2004 to respond to the defendant's motion for summary judgment.
SO ORDERED.

Alfred V. Covello, U.S.D.J.