24

FILED

2004 MAY -7  A 11: 03

UNITED STATES DISTRICT COURT

U.S. DISTRICT COURT
HARTFORD, CT.

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PATRICIA SANTORO, CHET SANTORO | : | NO.: 301CV01724 (AVC) |
| v. | : | |
| BRUCE STORM | : | MAY 5, 2004 |

## MOTION FOR SANCTIONS

Pursuant to Fed. R. Civ. P. § 37 (d), the defendant, Bruce Storm, hereby moves for sanctions against the plaintiffs, Patricia and Chet Santoro, and their attorney, Kim Coleman Waisonovitz, for improperly adjourning the plaintiffs' properly noticed depositions on April 13, 2004.

Fed. R. Civ. P. § 37 (d) provides in relevant part:

If a party . . . fails (1) to appear before the officer who is take the deposition, after being served with a proper notice . . . the court in which the action is pending may make such orders in regard to the failure as are just. . . . In lieu of any order or addition thereto, the court shall require the party failing to act or the attorney advising that party or both to pay the reasonable expenses, including attorney's fees, caused by the failure unless the court finds that the failure was substantially justified or that other circumstances make an award of expenses unjust.

3:01CV1724(AVC).  June 22, 2004.  The defendant's motion for sanctions (document no. 24) is GRANTED in part and DENIED in part. The plaintiff shall pay one-half of the total fees and costs incurred by defense counsel in connection with the scheduled deposition of the plaintiffs. SO ORDERED.

Alfred V. Covello, U.S.D.J.

FILED 2004 JUN 22 P 1:43 U.S. DISTRICT COURT HARTFORD