UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PATRICIA SANTORO, CHET SANTORO | : | NO.: 301CV01724 (AVC) |
| | : | |
| v. | : | |
| | : | |
| BRUCE STORM | : | JULY 27, 2004 |

### MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b), the defendant, **BRUCE STORM**, hereby moves the Court for an extension of time of thirty (30) days, up to and including **August 27, 2004**, in which to file a reply brief to the plaintiffs' Brief in Opposition to Defendant's Motion's for Summary Judgment dated July 12, 2004.

On July 22, 2004, the Court issued an order requiring the plaintiffs to comply with Local Rule 56 and file a Local Rule 56 (a) (2) Statement by August 13, 2004. The defendant will require additional time beyond August 13, 2004, to review the plaintiffs' Local Rule 56 (a) (2) statement and address the same in his reply brief to plaintiffs' Brief in Opposition to Defendant's Motion for Summary Judgment.

The undersigned has contacted counsel for the plaintiffs, and has been advised that the plaintiffs have no objection to the granting of this motion. The defendant has not sought any prior extensions of time to respond to plaintiffs' Brief in Opposition to Motion for Summary Judgment.

ORAL ARGUMENT IS NOT REQUESTED

      WHEREFORE, the defendant requests that his Motion for Extension of Time up to and including **August 27, 2004**, be granted.

                                                     DEFENDANT,
                                                     BRUCE STORM

                                              By_____
                                                Melanie A. Dillon
                                                ct24786
                                                Howd & Ludorf
                                                65 Wethersfield Avenue
                                                Hartford, CT  06114
                                                (860) 249-1361
                                                (860) 249-7665 (Fax)
                                                E-Mail:  mdillon@hl-law.com

## **CERTIFICATION**

       This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 27th day of July, 2004.

Norman A. Pattis, Esquire
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

                                                _____
                                                Melanie A. Dillon