34

FILED

2004 JUL 29 A 11:07

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| PATRICIA SANTORO, CHET SANTORO : | NO.: 301CV01724 (AVC) |
| v. : | |
| BRUCE STORM : | JULY 27, 2004 |

## MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b), the defendant, **BRUCE STORM**, hereby moves the Court for an extension of time of thirty (30) days, up to and including **August 27, 2004**, in which to file a reply brief to the plaintiffs' Brief in Opposition to Defendant's Motion's for Summary Judgment dated July 12, 2004.

On July 22, 2004, the Court issued an order requiring the plaintiffs to comply with Local Rule 56 and file a Local Rule 56 (a) (2) Statement by August 13, 2004. The defendant will require additional time beyond August 13, 2004, to review the plaintiffs' Local Rule 56 (a) (2) statement and address the same in his reply brief to plaintiffs' Brief in Opposition to Defendant's Motion for Summary Judgment.

The undersigned has contacted counsel for the plaintiffs, and has been advised that the plaintiffs have no objection to the granting of this motion. The defendant has not sought any prior extensions of time to respond to plaintiffs' Brief in Opposition to Motion for Summary Judgment.

01cv1724end34

ORAL ARGUMENT IS NOT REQUESTED

August 3, 2004. GRANTED. SO ORDERED.
Alfred V. Covello, U.S.D.J.