UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PATRICIA SANTORO and
CHET SANTORO

    Vs.                         CASE NO. 3:01CV01724 (AVC)

BRUCE STORM

## J U D G M E N T

This action having commenced by a complaint and having been assigned to the Honorable Alfred V. Covello, Chief United States District Judge; and

The defendant having filed his motion for summary judgment and the Court, on August 16, 2004, having filed its ruling granting the motion with respect to all of the plaintiff's federal claims, and declining to exercise jurisdiction over the plaintiff's state law claims; it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendant and the plaintiffs' state law claims are dismissed without prejudice.

Dated at Hartford, Connecticut, this 17th day of August, 2004.

KEVIN F. ROWE, Clerk

By   /s/ JW
Jo-Ann Walker
Deputy Clerk

EOD: _____